UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNIVERSITAS EDUCATION, LLC,

               Petitioner,           :

               -against-            :      Case No: 11 CV 01590-LTS-HBP

NOVA GROUP, INC., AS TRUSTEE, NAMED    :
FIDUCIARY, PLAN SPONSOR AND
ADMINISTRATOR OF THE CHARTER OAK    :
TRUST WELFARE BENEFIT PLAN,

               Respondent.
------------------------------------------------------------------X

## CLARIFICATION TO DECLARATION OF PAULA K. COLBATH

**PAULA K. COLBATH**, an attorney admitted to practice law in the Courts of the State of New York, declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I submit this Declaration to clarify a statement made in my March 25, 2011 Declaration, ¶ 15.

2. On March 25, 2011 I submitted a Declaration in support of Universitas Education, LLC's Opposition to Respondent Nova Group's Inc.'s Motion to Dismiss or Transfer. In that Declaration, I stated that the District of Connecticut had not issued a Scheduling Order or set deadlines in the parallel Connecticut action in which Nova Group, Inc. seeks to vacate the arbitration award.

3. On March 31, 2011, I reviewed the docket in the District of Connecticut

1

action, and found that on March 3, 2011, the Connecticut Court had in fact issued an "Order on Pretrial Deadlines." I had not previously seen this Order, and was not aware of it when I filed my Declaration in this action on March 25, 2011.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       March 3, 2011

_____
PAULA K. COLBATH