UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNIVERSITAS EDUCATION, LLC,

        Petitioner,

-v-                                    No. 11 Civ. 1590 (LTS)

NOVA GROUP, INC.,

        Respondent.

-------------------------------------------------------x

## ORDER

The Court hereby denies the currently pending motions in the above-captioned action in light of the motion to dismiss the related action currently pending in the District of Connecticut, without prejudice to renewal after the disposition of the latter motion. The parties are instructed to notify the Court promptly of the resolution of that motion. The pretrial conference currently scheduled for April 29, 2011, is hereby adjourned to a control date of **July 29, 2011, at 3:00 p.m.** This order resolves docket entry nos. 3 and 6.

        SO ORDERED.

Dated: New York, New York
       April 27, 2011

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge