UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNIVERSITAS EDUCATION, LLC,

                Petitioner,           :

            -against-           :      Case No. 11 CV 1590-LTS-HBP

NOVA GROUP, INC., as trustee, sponsor and    :
fiduciary of THE CHARTER OAK TRUST
WELFARE BENEFIT PLAN,          :

              Respondent.
-------------------------------------------------------------X
NOVA GROUP, INC., as trustee, sponsor and
fiduciary of THE CHARTER OAK TRUST
WELFARE BENEFIT PLAN,          :

              Petitioner,         :      Case No. 11 CV 8726-LTS-RLE

            -against-           :

UNIVERSITAS EDUCATION, LLC,         :

**NOTICE OF MOTION FOR
ATTORNEYS FEES AND COSTS**

              Respondent.
-------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Paula K. Colbath, with exhibits, dated June 21, 2012, Petitioner-Respondent Universitas Education, LLC ("Universitas"), by its attorneys Loeb & Loeb LLP, hereby moves this Court before the Hon. Laura Taylor Swain, at the United States Courthouse located at 500 Pearl St., New York, NY 10007, for an Order, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, granting Universitas an award of attorneys fees and costs against Respondent-Petitioner Nova Group, Inc. in the amount of $268,810.01.

Universitas certifies that it has used its best efforts to resolve informally the matters raised in this motion.

/

/

Dated: New York, New York
        June 21, 2012

                                    LOEB & LOEB LLP

                            By: _____
                                    Paula K. Colbath (PC-9895)
                                    Michael Barnett (MB-7686)
                                    345 Park Avenue
                                    New York, New York 10154-1895
                                    (212) 407-4000

                                    *Attorneys for*
                                    *Universitas Education, LLC*