IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC | : | CIVIL ACTION NO. |
| | : | 11-CV-1590-LTS-HBP |
| Petitioner, | : | |
| | : | |
| V. | : | |
| | : | |
| NOVA GROUP, INC., as Trustee, Sponsor | : | |
| And Named Fiduciary of the CHARTER OAK | : | |
| TRUST WLEFARE BENEFIT PLAN, | : | |
| | : | |
| Respondent. | : | JULY 16, 2012 |

## <u>NON-PARTY DANIEL E. CARPENTER'S MOTION TO QUASH</u>

Pursuant to Rules 26(c) and 45 of the Federal Rules of Civil Procedure, Daniel E.
Carpenter ("Movant"), who is not a party to the above-captioned case, hereby moves to quash
the Subpoena issued by counsel for the plaintiff, Universitas Education, LLC ("Universitas"), in
this proceeding. A copy of the subject Subpoena is appended hereto as Exhibit A. The Movant,
a resident of Simsbury, Connecticut, moves to quash the Subpoena because: (1) it requires him
to travel to a deposition more than 100 miles from where he resides, (2) subjects him to undue
burden and (3) is premature.

**WHEREFORE**, for the reasons set forth in the memorandum of law, the Movant
requests that the Court grant his motion and quash the Subpoena in its entirety.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted,

**NON-PARTY**
**DANIEL E. CARPENTER**


By: */s/ Dan E. LaBelle*
   Dan E. LaBelle (DL2779)
   Halloran & Sage LLP
   315 Post Road West
   Westport, CT  06880
   Phone: (203) 227-2855
   Fax: (203) 227-6992
   E-Mail: labelle@halloran-sage.com
   His Attorney

## **CERTIFICATION**

I hereby certify that on July 16, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/Dan E. LaBelle*
Dan E. LaBelle

2562316v.1