<pre>
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
</pre>

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>Petitioner,<br><br>v.<br><br>NOVA GROUP, INC., as Trustee, Sponsor And Named Fiduciary of the CHARTER OAK TRUST WELFARE BENEFIT PLAN,<br><br>Respondent. | Case No.: 11 CV 1590-LTS-HBP |
| NOVA GROUP, INC., as Trustee, Sponsor And Named Fiduciary of the CHARTER OAK TRUST WELFARE BENEFIT PLAN,<br><br>Petitioner,<br><br>v.<br><br>UNIVERSITAS EDUCATION, LLC,<br><br>Respondent. | Case No.: 11 CV 8726-LTS-RLE |

## **NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the undersigned hereby moves this Court for an order:

1. dismissing this action pursuant to Fed. R. Civ. P. 12(b)(1), for lack of subject matter jurisdiction because there was a failure of diversity of citizenship and there was no actionable federal question raised by Petitioner; and

2. for such other and further relief as the Court deems just and proper.

Pursuant to Paragraph A.2.b. of Your Honor's Individual Practices Rules, the undersigned has used its best efforts to resolve informally the matters raised in this motion and

SGR\9626479

the accompanying memorandum of law, including through the exchange of written communications and two telephonic discussions. By Order dated August 7, 2012, the Court granted respondents Nova Group, Inc. and the Charter Oak Trust Welfare Benefit Plan permission to file this renewed motion.

Dated: New York, NY
August 8, 2012

                          NOVA GROUP, INC. and
                          THE CHARTER OAK TRUST

By: */s/Joseph M. Pastore III*
     Joseph M. Pastore III (JP 1717)
     SMITH, GAMBRELL & RUSSELL LLP
     250 Park Avenue, Suite 1900
     New York, NY 10177
     Telephone: (212) 907-9700
     jpastore@sgrlaw.com

     ***********************************
     One Stamford Plaza
     263 Tresser Blvd., 9th Floor
     Stamford, CT 06901
     Telephone: (203) 564-1485

     *Their Attorneys*

## **CERTIFICATE OF SERVICE**

   I certify that, on August 8, 2012, a copy of the forgoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                  */s/ Joseph M. Pastore III*
                  Joseph M. Pastore III