# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, | : Case No.: 11 CV 1590-LTS-HBP |
| | : |
| Petitioner, | : |
| | : |
| v. | : |
| | : |
| NOVA GROUP, INC., as Trustee, Sponsor And Named Fiduciary of the CHARTER OAK TRUST WELFARE BENEFIT PLAN, | : : |
| | : |
| Respondent. | : |

---------------------------------------------------------------------

| | |
|---|---|
| NOVA GROUP, INC., as Trustee, Sponsor And Named Fiduciary of the CHARTER OAK TRUST WELFARE BENEFIT PLAN, | : Case No. 11 CV 8726-LTS-RLE : |
| | : |
| Petitioner, | : |
| | : |
| v. | : |
| | : |
| UNIVERSITAS EDUCATION, LLC, | : |
| | : |
| Respondent. | : |

---------------------------------------------------------------------

## NOTICE OF APPEAL

Notice is hereby given that Respondents Nova Group, Inc., as the Sponsor and Named Fiduciary of the Charter Oak Trust Welfare Benefit Plan and The Charter Oak Trust Welfare Benefit Plan, hereby appeal to the United States Court of Appeals for the Second Circuit from the order and judgment of this court granting Petitioner Universitas Education, LLC's motion to confirm an arbitration award, entered in this action on June 7, 2012 and made final by the denial of Respondents' Motion for Reconsideration on August 7, 2012. This appeal is made together with all prior and interlocutory orders entered in this case. The Clerk shall omit nothing from the record.

Dated: New York, NY
      August 29, 2012

                                 NOVA GROUP, INC. and
                                 THE CHARTER OAK TRUST

                            By: */s/Joseph M. Pastore III*
                                 Joseph M. Pastore III (JD1717)
                                 SMITH, GAMBRELL & RUSSELL LLP
                                 250 Park Avenue, Suite 1900
                                 New York, NY 10177
                                 Telephone: (212) 907-9700
                                 jpastore@sgrlaw.com

                            *Their Attorneys*

## CERTIFICATE OF SERVICE

I certify that, on August 29, 2012, a copy of the forgoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


*/s/ Joseph M. Pastore III*
Joseph M. Pastore III