USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 0 5 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNIVERSITAS EDUCATION, LLC,

       Petitioner,

-v-                                   No. 11 Civ. 1590 (LTS)(HBP)

NOVA GROUP, INC.,

       Respondent.

-------------------------------------------------------x

## ORDER

       Respondent Nova Group, Inc. ("Nova") has filed an amended motion pursuant to Fed. R. Civ. P. 12(b)(1) to dismiss this action for lack of subject matter jurisdiction. The Court has reviewed thoroughly the parties' papers and finds Nova's motion wholly without merit. The motion is accordingly denied. This Order resolves docket entry no. 152.

       SO ORDERED.

Dated: New York, New York
       October 5, 2012

                                              LAURA TAYLOR SWAIN
                                              United States District Judge