UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNIVERSITAS EDUCATION, LLC,

        Petitioner,

-v-

NOVA GROUP, INC.,

        Respondent.
-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 05 2012

No. 11 Civ. 1590 (LTS)(HBP)

ORDER

        Petitioner Universitas Education, LLC ("Universitas") has moved pursuant to Fed. R. Civ. P. 54(d) for attorneys' fees and costs in the amount of $268,810.01. The Court entered judgment in Univeristas' favor on June 7, 2012. Section 8.02(d) of the Charter Oak Trust Welfare Benefit Plan provides that "all costs of the prevailing party (including attorneys' fees and costs), as well as the costs of arbitration, shall be borne exclusively by the non-prevailing party." Respondent Nova Group, Inc. ("Nova"), contends generically that the amount requested is excessive, but has not objected to any individual itemized expense. The Court has reviewed Universitas' application, which provides adequate documentation of the costs incurred, in the form of invoices from counsel that indicate the date, nature and amount of those costs. In light of the abundance of motion practice in this case and the absence of any particularized objections by Nova, the Court determines that the amount Universitas requests is neither facially unreasonable nor excessive.

        Accordingly, Universistas' motion for attorneys' fees and costs in the amount of $268,810.01 is granted. This Order resolves docket entry no. 43.

        SO ORDERED.

Dated: New York, New York
       October 5, 2012

                                          LAURA TAYLOR SWAIN
                                          United States District Judge