AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |
|---|---|---|

Universitas Education, LLC

Plaintiff(s),

V.

Nova Group, Inc., as trustee, Sponsor, & named Fiduciary of the Charter Oak Defendant(s), Trust Welfare Benefit Plan

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 11-CV-1590-LTS-HBP

Notice is hereby given that, subject to approval by the court, __Daniel Carpenter__ substitutes
(Party (s) Name)

__Anthony J. Siano__, State Bar No. __1191261__ as counsel of record in
(Name of New Attorney)

place of __Dan E. LaBelle__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __LAW OFFICE of ANTHONY J. SIANO, PLLC__
Address: __333 Westchester Ave., S.302, White Plains, NY 10604__
Telephone: __(914)997-0100__ Facsimile __(914)997-4179__
E-Mail (Optional): __tonysiano@aol.com__

I consent to the above substitution.
Date: __10/4/12__

_(Signature of Party (s))_

I consent to being substituted.
Date: __10/3/12__

_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: __10/1/201__

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**