UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNIVERSITAS EDUCATION, LLC,

                Petitioner,

          -v-

NOVA GROUP, INC., as Trustee, Sponsor
and Named Fiduciary of the CHARTER OAK
TRUST WELFARE BENEFIT PLAN,

                Respondent.

Case No.: 11 CV 1590-LTS-HBP

---

NOVA GROUP, INC., as Trustee, Sponsor
and Named Fiduciary of the CHARTER OAK
TRUST WELFARE BENEFIT PLAN,

                Petitioner,

          -v-

UNIVERSITAS EDUCATION, LLC,

                Respondent.

Case No.: 11 CV 8726-LTS-RLE

---

STATE OF NEW YORK    )
                            ) ss:
COUNTY OF WESTCHESTER  )

I, Nicole De Lucia, being duly sworn, say; I am not a party to the action, am over 18 years of age and reside in New Rochelle, New York 10801.

On December 28, 2012, I served copies of the **MEMORANDUM OF DANIEL CARPENTER IN OPPOSITIONTO MOTION FOR CIVIL CONTEMPT FILED BY UNIVERSITAS EDUCATION, LLC,** enclosed in a post paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed:

To:
Paula K. Colbath
Michael Barnett
345 Park Avenue
New York, New York 10154

Jack E. Robinson, Esq.
Robinson Law Offices
300 First Stamford Place, Suite 201
Stamford, CT 06902

Seth Marcus, Esq.
Leffler Marcus & McCaffrey LLC
200 Madison Avenue, Suite 1901
New York, NY 10016

Dan E. LaBelle, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

M. Hatcher Norris, Esq.
Butler Norris & Gold
254 Prospect Avenue
Hartford, CT 06106

_____
Nicole De Lucia
Legal Assistant

Sworn to before me this
31st Day of December, 2012

_____

Neil A. Fredman
NY Notary Public 31-4629483
Qualified Westchester County
Commission Expires 7/31/14