# EXHIBIT F

# MARCH 4, 2013 BARNETT DECL.

# (TO BE FILED UNDER SEAL)