# EXHIBIT G

# MARCH 4, 2013 BARNETT DECL.



February 11, 2011

Deborah L. Lutes
Assistant Vice President
Christiana Bank & Trust Company
300 Delaware Avenue
Suite 714
Wilmington, DE 19801

Re:  Policies distributed, lapsed or loan repayments – Instruction Letter

Dear Ms. Lutes,

    The attached table Exhibit A shows the 30 polices that have been distributed from Avon Insurance Trust, or Charter Oak Trust as a result of: (i) re-titling at the carrier; (ii) the repayment of the loan, or (iii) a decision to lapse the policy due to valuation.

    Please amend your records to reflect these changes and your invoicing accordingly.  In addition please accept this letter as an instruction to debit $1,500 from the CHC01127 and $1,400 from the CHC 01126 and credit account CHC 12012 to offset current escrow fees.


Veronica Cranny
Authorized Signature
Ridgewood Finance II LLC

Charles Collier
Authorized Signature
Ridgewood Finance II LLC


Caldwell Life Strategies Corporation
1055 Washington Blvd, 8ᵗʰ Fl, Stamford, CT 06901

phone
203.517.0405

fax
203.517.0256

www.
Caldwell-LS.com

COT_WSFS000832

EXHIBIT A

| Trust Name | Carrier | Policy Number | Last Name | Initial F | Case ID |
|---|---|---|---|---|---|
| Avon Insurance Trust | American General Life Insurance Company | UM0007374L | Hagen | 2500000 | 2309 |
| Avon Insurance Trust | American National Insurance Company | U0583990 | Waldman | 10000000 | 2119 |
| Charter Oak Trust | American National Insurance Company | U0581351 | Ainsworth | 4000000 | 2321 |
| Charter Oak Trust | AXA Equitable Life Insurance Company | 157207141 | Beekman | 10000000 | 2324 |
| Charter Oak Trust | Phoenix Life Insurance Company | 97522590 | Bennett | 7500000 | 2323 |
| Charter Oak Trust | Phoenix Life Insurance Company | 97521280 | Burhanan | 5000000 | 2322 |
| Charter Oak Trust | Phoenix Life Insurance Company | 97521952 | Conybear | 5000000 | 2326 |
| Charter Oak Trust | Phoenix Life Insurance Company | 97522159 | Cooper | 5000000 | 2328 |
| Charter Oak Trust | MetLife Investors Insurance Company | 207240396USU | Deckard | 6000000 | 2313 |
| Charter Oak Trust | MetLife Investors Insurance Company | 207240400USU | Deckard | 5000000 | 2312 |
| Charter Oak Trust | Penn Mutual Life Insurance Company | 8209124 | Esparo | 5000000 | 2444 |
| Charter Oak Trust | Penn Mutual Life Insurance Company | 8209305 | Gonsalves | 4000000 | 3869 |
| Charter Oak Trust | Penn Mutual Life Insurance Company | 8209251 | Grossman | 5000000 | 3930 |
| Charter Oak Trust | MetLife Investors Insurance Company | 207212405USU | Kellam | 800000 | 2334 |
| Charter Oak Trust | Phoenix Life Insurance Company | 97521947 | Knowles | 2500000 | 2337 |
| Charter Oak Trust | Phoenix Life Insurance Company | 97525897 | Krevlin | 3000000 | 1836 |
| Charter Oak Trust | Phoenix Life Insurance Company | 97521365 | Laveck | 3000000 | 2339 |
| Charter Oak Trust | Phoenix Life Insurance Company | 97520753 | Manning | 5000000 | 2340 |
| Charter Oak Trust | Phoenix Life Insurance Company | 97521959 | May | 3000000 | 2342 |
| Charter Oak Trust | Phoenix Life Insurance Company | 97520679 | Ogden | 6000000 | 2343 |
| Charter Oak Trust | Phoenix Life Insurance Company | 97530084 | Persoon | 10000000 | 4348 |
| Charter Oak Trust | Sun Life Assurance Company of Canada | 20150259 | Reiss | 7500000 | 2346 |
| Charter Oak Trust | Phoenix Life Insurance Company | 97520708 | Siewert | 4000000 | 2348 |
| Charter Oak Trust | Lincoln National Life Insurance Company | JP5582252 | Singer | 5000000 | 2352 |
| Charter Oak Trust | Penn Mutual Life Insurance Company | 8207341 | Smith | 5000000 | 2027 |
| Charter Oak Trust | Phoenix Life Insurance Company | 97521285 | Solem | 4000000 | 2355 |
| Charter Oak Trust | Lincoln National Life Insurance Company | 7320809 | Spencer | 20000000 | 2347 |
| Charter Oak Trust | Lincoln National Life Insurance Company | 7305475 | Spencer | 10000000 | 2345 |
| Charter Oak Trust | Transamerica Life Insurance Company | 65068470 | Thomson | 5000000 | 2356 |
| Charter Oak Trust | AXA Equitable Life Insurance Company | 157200849 | Tucker | 8333333 | 2353 |

COT_WSFS000833



March 9, 2011

Deborah L. Lutes
Assistant Vice President
Christiana Bank & Trust Company
300 Delaware Avenue
Suite 714
Wilmington, DE 19801

Re: Policies distributed Charter Oak Trust - Avon Insurance Trust

Dear Ms. Lutes,

     7 additional policies described in the attached Exhibit have been distributed from Charter Oak Trust. Polices continue to be distributed and we will advise you as this happens.  As of this date there remains 22 policies to be distributed.

     Please accept this as an instruction letter for your records and reflect these changes and your invoicing accordingly.


Veronica Cranny
Authorized Signature
Ridgewood Finance II LLC

Charles Collier
Authorized Signature
Ridgewood Finance II LLC

Caldwell Life Strategies Corporation
1055 Washington Blvd, 8th Fl, Stamford, CT 06901

phone
203.517.0405

fax
203.517.0256

www
Caldwell-LS.com

COT_WSFS000836

EXHIBIT A

| Case ID | Producer | Carrier | Policy Number | Initial Face | Last Name | First Name | Trust Name |
|---|---|---|---|---|---|---|---|
| 3645 | Grist Mill PF | Lincoln National Life Insurance Cc JJ7028562 | 9560000 | Bailey | Mary | | Charter Oak Trust |
| 7236 | Grist Mill PF | Lincoln National Life Insurance Cc JJ7058276 | 4175000 | Goelzer | Ronald | | Charter Oak Trust |
| 3417 | Grist Mill PF | Lincoln National Life Insurance Cc JJ7017616 | 4000000 | Hinds | Marilyn | | Charter Oak Trust |
| 4803 | Grist Mill PF | Lincoln National Life Insurance Cc JJ7034763 | 8000000 | Janis | David | | Charter Oak Trust |
| 7303 | Grist Mill PF | Lincoln National Life Insurance Cc JJ7053429 | 4000000 | Lyles | Angela | | Charter Oak Trust |
| 5816 | Grist Mill PF | Lincoln National Life Insurance Cc JJ7029114 | 5000000 | Sanders | George | | Charter Oak Trust |
| 7188 | Grist Mill PF | Lincoln National Life Insurance Cc JJ7048283 | 2500000 | Von Noon | Betty | | Charter Oak Trust |

Caldwell Life Strategies Corporation
1055 Washington Blvd. 8ᵗʰ Fl, Stamford, CT 06901

*phone*
203.517.0405

*fax*
203.517.0256

*www.*
Caldwell-LS.com

COT_WSFS000837



March 15, 2011

Deborah L. Lutes
Assistant Vice President
Christiana Bank & Trust Company
300 Delaware Avenue
Suite 714
Wilmington, DE  19801

Re:  Policies Distributed From Charter Oak Trust – Avon Insurance Trust

Dear Ms. Lutes,

Two additional policies described in the attached Exhibit have been distributed from Charter Oak Trust. Policies continue to be distributed and we will advise you as this happens.

Please accept this as an instruction letter for your records and reflect these changes and your invoicing accordingly.

Veronica Cranny
Authorized Signature
Ridgewood Finance II LLC

Charles Collier
Authorized Signature
Ridgewood Finance II LLC

COT_WSFS000840

Exhibit A

| Case ID | Producer Program ID | Carrier | Policy Number | Initial Face Value | Last Name | First Name | Trust Name |
|---------|--------------------|---------|---------------|--------------------|-----------|-----------|-----------|
| 2331 | Grist Mill PF | Lincoln National Life Ins | JJ7008016 | $10,000,000 | Deckard | Charles | Charter Oak Trust |
| 7282 | Grist Mill PF | Lincoln National Life Ins | JJ7058081 | $5,000,000 | Arterburn | Benjamin | Charter Oak Trust |

Caldwell Life Strategies Corporation
1055 Washington Blvd, 8ᵗʰ Fl, Stamford, CT 06901

phone
203.517.0405

fax
203.517.0256

www.
Caldwell-LS.com

COT_WSFS000841



March 22, 2011

Deborah L. Lutes
Assistant Vice President
Christiana Bank & Trust Company
300 Delaware Avenue
Suite 714
Wilmington, DE 19801

Re: Policies Distributed From Charter Oak Trust – Avon Insurance Trust

Dear Ms. Lutes,

Three additional policies described in the attached Exhibit have been distributed from Charter Oak Trust. Policies continue to be distributed and we will advise you as this happens.

Please accept this as an instruction letter for your records and reflect these changes and your invoicing accordingly.

Veronica Cranny
Authorized Signature
Ridgewood Finance II LLC

Charles Collier
Authorized Signature
Ridgewood Finance II LLC

Caldwell Life Strategies Corporation
1055 Washington Blvd, 8th Fl, Stamford, CT 06901

phone
203.517.0405

fax
203.517.0256

www.
Caldwell-LS.com

COT_WSFS000852

Exhibit A

| Case ID | Producer Program ID | Carrier | Policy Number | Initial Face Value | Last Name | First Name | Trust Name |
|---|---|---|---|---|---|---|---|
| 5736 | Grist Mill PF | Lincoln National Life Ins | JJ7046699 | $5,000,000 | Sher | Gerald | Charter Oak Trust |
| 5899 | Grist Mill PF | Lincoln National Life Ins | JJ7042165 | $9,600,000 | Neely | Jonnie | Charter Oak Trust |
| 6927 | Grist Mill PF | Lincoln National Life Ins | JJ7043080 | $10,000,000 | Pennington | Joan | Charter Oak Trust |

Caldwell Life Strategies Corporation
1055 Washington Blvd, 8ᵗʰ Fl, Stamford, CT 06901

phone:
203.517.0405

fax
203.517.0256

www.
Caldwell-LS.com

COT_WSFS000853



March 25, 2011

Deborah L. Lutes
Assistant Vice President
Christiana Bank & Trust Company
300 Delaware Avenue
Suite 714
Wilmington, DE 19801

Re: Policies Distributed From Charter Oak Trust – Avon Insurance Trust

Dear Ms. Lutes,

 The following three policies have been settled with Grist Mill Capital, LLC as a result of an agreement
entered into March 17, 2011 between Ridgewood Finance II LLC and Grist Mill Capital, LLC and are
considered distributed from the Charter Oak Trust.
- o   Phoenix Policy #97527951, Insured:  Tom Collins
- o   Phoenix Policy #97529560, Insured:  Johnny Robertson
- o   Penn Mutual Policy #8214705, Insured:  Miriam Knobloch

Please accept this as an instruction letter for your records and reflect these changes and your invoicing
accordingly.


Veronica Cranny                                     Charles Collier
Authorized Signature                                Authorized Signature
Ridgewood Finance II LLC                            Ridgewood Finance II LLC

Caldwell Life Strategies Corporation
1055 Washington Blvd, 8th Fl, Stamford, CT 06901

*phone*   203.517.0405

*fax*   203.517.0256

*www.*   *Caldwell-LS.com*

COT_WSFS000857

CHRISTIANA BANK & TRUST

CH125161-0   ^CHARTER OAK TRUST

HOLDINGS LIST

PRICED AS OF: 3/24/11
CASH BASIS

ADMIN          EG    2
03/25/11 16:29

| S SECURITY DESCRIPTION SHARES/PV | MARKET VALUE | FEDERAL COST | %MKT | P ANNUAL INC/ UNREAL G/L | CURR YIELD |
|---|---|---|---|---|---|
| PRINCIPAL CASH | 0.00 | 0.00 | | | |
| TOTAL | 2.00 | 16.00 | | | |
| INV. INCOME CASH | 0.00 | 0.00 | | | |
| INCOME CASH | 0.00 | 0.00 | | | |
| VERY LIQUID BALANCE | | 0.00 | | | |

COT_WSFS000856



**Caldwell**
**Life Strategies**

March 31, 2011

Deborah L. Lutes
Assistant Vice President
Christiana Bank & Trust Company
300 Delaware Avenue
Suite 714
Wilmington, DE 19801

Re:  Policies Distributed From Charter Oak Trust – Avon Insurance Trust

Dear Ms. Lutes,

Two additional policies described in the attached Exhibit have been distributed from Charter Oak Trust.
Policies continue to be distributed and we will advise you as this happens.

Please accept this as an instruction letter for your records and reflect these changes and your invoicing
accordingly.


Veronica Cranny                                Charles Collier
Authorized Signature                           Authorized Signature
Ridgewood Finance II LLC                       Ridgewood Finance II LLC

Exhibit A

| Case ID | Producer Program ID | Carrier | Policy Number | Initial Face Value | Last Name | First Name | Trust Name |
|---|---|---|---|---|---|---|---|
| 4949 | Grist Mill PF | Lincoln National Life Insura | JJ7030478 | $5,475,000 | Cargill | Bobby | Charter Oak Trust |
| 6038 | Grist Mill PF | Lincoln National Life Insura | JJ7040613 | $4,000,000 | Weatherford | Joe | Charter Oak Trust |

Caldwell Life Strategies Corporation
1055 Washington Blvd, 8ᵗʰ Fl, Stamford, CT 06901

phone
203 517 0405

fax
203.517.0256

www.
Caldwell-LS.com

COT_WSFS000845



April 12, 2011

Deborah L. Lutes
Assistant Vice President
Christiana Bank & Trust Company
300 Delaware Avenue
Suite 714
Wilmington, DE 19801

Re: Policies Distributed From Charter Oak Trust – Avon Insurance Trust

Dear Ms. Lutes,

Six additional policies described in the attached Exhibit have been distributed from Charter Oak Trust. Policies continue to be distributed and we will advise you as this happens.

Please accept this as an instruction letter for your records and reflect these changes and your invoicing accordingly.

Veronica Cranny
Authorized Signature
Ridgewood Finance II LLC

Charles Collier
Authorized Signature
Ridgewood Finance II LLC

Caldwell Life Strategies Corporation
1055 Washington Blvd, 9th Fl, Stamford, CT 06901

phone
203.517.0405

fax
203.517.0256

www.
CaldwellLS.com

COT_WSFS000848

Exhibit A

| Case ID | Producer Program ID | Carrier | Policy Number | Initial Face Value | Last Name | First Name | Trust Name |
|---|---|---|---|---|---|---|---|
| 2114 | Grist Mill PF | Lincoln National Life Ins | JJ7017826 | $7,000,000 | Goldsmith | Billy | Charter Oak Trust |
| 4965 | Grist Mill PF | Lincoln National Life Ins | JJ7038754 | $7,250,000 | Jacobson | Rosa | Charter Oak Trust |
| 6235 | Grist Mill PF | Lincoln National Life Ins | JJ7027596 | $1,750,000 | Dudley | William | Charter Oak Trust |
| 2439 | Grist Mill PF | Lincoln National Life Ins | JJ7017837 | $2,500,000 | Gordon | George | Charter Oak Trust |
| 4955 | Grist Mill PF | Lincoln National Life Ins | JJ7030498 | $5,225,000 | Myers | Robert | Charter Oak Trust |
| 5673 | Grist Mill PF | Lincoln National Life Ins | JJ7027445 | $1,900,000 | Stradling | Joseph | Charter Oak Trust |

Caldwell Life Strategies Corporation
1055 Washington Blvd, 8ᵗʰ Fl, Stamford, CT 06901

phone
203.517.0405

fax
203.517.0256

Caldwell-LS.com

COT_WSFS000849



April 18, 2011

Deborah L. Lutes
Assistant Vice President
Christiana Bank & Trust Company
300 Delaware Avenue
Suite 714
Wilmington, DE  19801

Re:  Policies Distributed From Charter Oak Trust – Avon Insurance Trust

Dear Ms. Lutes,

The five policies described in the attached Exhibit have been distributed from Charter Oak Trust.  All
policies have now been distributed.

Please accept this as an instruction letter for your records and reflect these changes and your invoicing
accordingly.

Susan O'Donovan
Authorized Signature
Ridgewood Finance II LLC

Charles Collier
Authorized Signature
Ridgewood Finance II LLC

Caldwell Life Strategies Corporation
1055 Washington Blvd, 8th Fl, Stamford, CT 06901

phone
203.517.0405

fax
203.517.0256

www.
Caldwell-LS.com

COT_WSFS000860

Exhibit A

| Case ID | Producer Program ID | Carrier | Policy Number | Initial Face Value | Last Name | First Name | Trust Name |
|---|---|---|---|---|---|---|---|
| 2341 | Grist Mill PF | Lincoln National Life Ins | 7307974 | 7,500,000 | Musiker | Judith | Charter Oak Trust |
| 2344 | Grist Mill PF | Lincoln National Life Ins | JJ7014955 | 5,000,000 | Patton | Alton | Charter Oak Trust |
| 2354 | Grist Mill PF | Lincoln National Life Ins | JJ7006237 | 5,000,000 | Terry | James | Charter Oak Trust |
| 2357 | Grist Mill PF | Lincoln National Life Ins | JJ7006908 | 10,000,000 | Weingarten | Bernard | Charter Oak Trust |
| 2359 | Grist Mill PF | Lincoln National Life Ins | JF5578759 | 7,000,000 | Zoland | Alvin | Charter Oak Trust |

Caldwell Life Strategies Corporation
1055 Washington Blvd, 8th Fl, Stamford, CT 06901

phone 203.517.0405   fax 203 517 0256   www. Caldwell-LS.com

COT_WSFS000861