UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, | : |
| Petitioner, | : Case No.: 11 CV 1590-LTS-HBP |
| -v- | : |
| NOVA GROUP, INC., as Trustee, Sponsor and Named Fiduciary of the CHARTER OAK TRUST WELFARE BENEFIT PLAN, | : |
| Respondent. | : |
| NOVA GROUP, INC., as Trustee, Sponsor and Named Fiduciary of the CHARTER OAK TRUST WELFARE BENEFIT PLAN, | : Case No.: 11 CV 8726-LTS-RLE |
| Petitioner, | : |
| -v- | : |
| UNIVERSITAS EDUCATION, LLC, | : |
| Respondent. | : |

PLEASE TAKE NOTICE, that Moonstone Partners LLC, hereby appears in the above entitled action, and that the undersigned has been retained as Attorney for said Respondent, for the purpose set forth in the Order to Show Cause (Swain, J.) dated March 4, 2013.

Dated: March 4, 2013

Anthony J. Siano, Esq.
333 Westchester Ave., S.302
White Plains, New York 10604
(914)997-0100

1