USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 21 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Universitas Education, LLC

          Plaintiff,

-against-

Nova Group, Inc.         Defendant.

        11 cv 1590 ( LTS )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of **M. Hatcher Norris**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **Connecticut**; and that his/her contact information is as follows (please print):

Applicant's Name: **M. Hatcher Norris**

Firm Name: **Butler Norris & Gold**

Address: **254 Prospect Avenue**

City / State / Zip: **Hartford, CT 06106**

Telephone / Fax: **p: 860-236-6951; f: 860-236-2627**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **deponent Wayne Bursey** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/20/2013

United States District ~~Magistrate~~ Judge