**ANTHONY J. SIANO, ESQ., PLLC**
A PROFESSIONAL CORPORATION
333 WESTCHESTER AVENUE · SUITE 302
WHITE PLAINS, NEW YORK 10604

(914) 997-0100
FAX (914) 997-4179

ANTHONY J. SIANO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 6 2013

March 25, 2013

**By E-mail and Facsimile**

Hon. Laura Taylor Swain
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10005

**MEMO ENDORSED**

Re: Universitas Education LLC. v. Nova Group Inc.
11 CIV ~~1560~~ (LTS)(HBP)
1590

Dear Judge Swain:

I represent Mr. Daniel Carpenter and Moonstone Partners, LLC, with respect to an application before Your Honor by the plaintiff-judgment-creditor in the above referenced matter.

The Court's order of March 4, 2013, set today as the due date for respondents' answering papers and turnover of documents on the application.

Mr. Brian Reyhani, Esq., counsel for plaintiff has agreed (in a telephone call this morning) to my request for two additional days, until March 27, 2013, to submit responsive papers for Mr. Carpenter and Moonstone. With his consent, I ask the Court to grant me this additional time.

Respectfully submitted,

Anthony J. Siano

cc: Brian Reyhani, Esq. (by facsimile and e-mail)

The request is granted.

**SO ORDERED:**

HON. LAURA TAYLOR SWAIN    3/25/2013
UNITED STATES DISTRICT JUDGE