

**MICHAEL BARNETT**
Attorney At Law

345 Park Avenue
New York, NY 10154

Direct 212.407.4163
Main 212.407.4000
Fax 212.656.1554
mbarnett@loeb.com

Via Facsimile
Via Messenger

March 4, 2013

Hon. Henry B. Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/13

Re: *Universitas Education, LLC v. Nova Group, Inc. et al.*, Case No. 11-1590-LTS-HBP; and related Case No. 11-8726-LTS

Dear Magistrate Judge Pitman:

We represent Universitas Education, LLC ("Universitas"), the Judgment Creditor in the above-captioned consolidated actions.

Please find enclosed courtesy copies of Universitas' Opposition to a Motion to Quash filed on January 25 (dkt. no. 212), as well as the supporting Declaration of Michael Barnett and Exhibits A through H thereto.

We would like to file Exhibits C and F under seal. Since there is no Confidentiality Order in place, we respectfully request that your Honor memo-endorse this letter, thereby allowing us to file Exhibits C and F under seal with the Clerk of the Court.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Michael Barnett
Loeb & Loeb LLP

APPLICATION
GRANTED

SO ORDERED

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
4-8-13

Enclosures

cc: Stephen T. Heiser, Esq. (*via e-mail w/o encls.*)
Jack E. Robinson, III, Esq. (*via e-mail w/o encls.*)
Matthew Brief, Esq. (*via e-mail w/o encls.*)