11 civ 1590 (LTS)

Donna Vassar
Sharon Siebert
Universitas Education, ELLC
404 East 55th Street, Suite 13A
New York, New York 10022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 9 2013

July 2, 2013

To the Honorable Laura Taylor Swain
Daniel Patrick Moynihan United States District Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   **Universitas Education LLC v. Nova Group, Inc.**

Dear Judge Swain:

Five years ago Mr. Sash Spencer, our financial partner, passed away and in so doing provided Universitas Education, LLC a life insurance death benefit which will provide the financial means to begin building the global humanitarian project that for 20 years has been our life's work.

To date, we have been awarded the benefit in arbitration and you yourself have confirmed the award twice. The appellate court too has rendered a decision in our favor on this $30 million benefit left to us. However, we have yet to receive any of the funds provided by this benefit and the urgency of collecting funds connected to it is critical to our survival and that of Universitas Education, LLC.

At this time, our foundation is in jeopardy, compromising our global humanitarian project. While we continue to work, we are severely impeded by this litigation's ongoing drain of our resources. We have mounting legal bills and expenses and our home/office is in jeopardy, as we are facing eviction. Friends and relatives are assisting us with these expenses for which we are most grateful.

We respectfully request that Your Honor, wherever possible, grant to Universitas any funds available.

Respectfully Submitted by

*Donna Vassar*   *Sharon Siebert*
Donna Vassar and Sharon Siebert

cc:   Paula Colbath, Esq.
      Dan E. LaBelle
      Anthony J. Siano
      Matthew J. Brief, Esq.
      Ira Kleiman, Esq.