AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Universitas Education, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 11 Civ. 1590 (LTS) (HBP) |
| Nova Group, Inc. | ) | 11 Civ. 8726 (LTS) (HBP) |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nova Group, Inc.

Date: October 25, 2013

*Attorney's signature*

Roger L. Stavis
*Printed name and bar number*

Gallet Dreyer & Berkey, LLP
845 Third Avenue, 8th Floor
New York, NY 10022
*Address*

rls@gdblaw.com
*E-mail address*

(212) 935-3131
*Telephone number*

(212) 935-4514
*FAX number*