UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

UNIVERSITAS EDUCATION, LLC,            :

                              : Case No.: 11 CV 1590-LTS-HBP

           Petitioner,            :

                              :

           -v-                      :

                              :

NOVA GROUP, INC., as Trustee, Sponsor      :
and Named Fiduciary of the CHARTER OAK    :
TRUST WELFARE BENEFIT PLAN,         :

                              :

           Respondent.           :

---------------------------------------------------------------:

NOVA GROUP, INC., as Trustee, Sponsor      :
and Named Fiduciary of the CHARTER OAK    : Case No.: 11 CV 8726-LTS-RLE
TRUST WELFARE BENEFIT PLAN,         :

                              :

           Petitioner,            :

                              :

           -v-                      :

                              :

UNIVERSITAS EDUCATION, LLC,         :

                              :

           Respondent.           :

---------------------------------------------------------------

STATE OF NEW YORK           )
                              )    ss:
COUNTY OF WESTCHESTER    )

I, Nicole De Lucia, being duly sworn, say; I am not a party to the action, am over 18 years of age and reside in New Rochelle, New York 10801.

On October 25, 2013, I served the **MEMORANDUM OF LAW OF RESPONDENT DANIEL E. CARPENTER and AFFIDAVIT OF DANIEL E. CARPENTER** by depositing true copies thereof, enclosed in a wrapper addressed as shown below for overnight delivery, prior to the latest time designated by that service for overnight delivery via Federal Express:

To:

Paula K. Colbath,Esq
Michael Barnett, Esq.
345 Park Avenue
New York, New York 10154

Matthew Brief, Esq.
Ira Kleiman
Brief, Carmen, Kleiman, LLP
805 Third Avenue - 11th Floor
New York New York
United States of America 10022

Carole Bernstein, Esq.
41 Maple Avenue North
Westport, Connecticut 06880

Glen A. Duhl, Esq.
Siegel, O'Connor, O'Donnell & Beck, P.C.
150 Trumbell Street
Hartford, CT 06103

Nicole De Lucia
Legal Assistant

Sworn to before me this
25 Day of October 2013

Notary Public

WAYNE P. STIX
Notary Public, State of New York
No. 60-4611800
Qualified in Westchester County
Term Expires February 28, 20 14