**EXHIBIT 54**

**SUPPLEMENTAL DECLARATION OF MICHAEL BARNETT DATED NOVEMBER 1, 2013**

# Updike, Kelly & Spellacy, P.C. _____ Counselors at Law

100 Pearl Street, P.O. Box 231277
Hartford, Connecticut 06123-1277
Telephone (860) 548-2600
Facsimile (860) 548-2680
TIN: 06-0859435

NOVA GROUP INC
100 Grist Mill Road
Simsbury, CT  06070

December 9, 2010
Invoice Number 214108
Payment Terms Net 30

51334     NOVA GROUP INC
00001        Universitas Arbitration

For Professional Services Rendered through November 30, 2010

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 11/01/10 | Review ruling denying motion to quash subpoenas; telephone conference with J. Robinson; correspondence with J. Williams re Sheppard Mullin documents | RSO | 0.30 | 135.00 |
| 11/02/10 | Telephone conferences with J. Robinson; telephone conference with P. Colbath and J. Williams; conference with K. McEleney re legal research; review correspondence; letter to P. Altieri re Grupo Mexicano analysis | RSO | 2.90 | 1,305.00 |
| 11/02/10 | Research issues regarding ▮▮▮▮ research issues regarding ▮▮▮▮ review of various correspondence from counsel regarding potential bonds and bifurcation | KJM | 2.60 | 598.00 |
| 11/03/10 | Telephone conferences with J. Robinson re ▮▮▮▮, conference with K. McEleney; review ▮▮▮▮; revise letter to P. Altieri re Grupo Mexicano; review Order on | RSO | 3.40 | 1,530.00 |

51334   NOVA GROUP INC
00001    Universitas Arbitration

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | pending motions; correspondence with clients ▓▓▓ | | | |
| 11/03/10 | Research issues regarding ▓▓▓▓▓ | KJM | 5.80 | 1,334.00 |
| | preparation of memorandum regarding ▓▓▓▓ | | | |
| 11/04/10 | Telephone conferences with J. Robinson; conference with K. McEleney re legal research re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review correspondence; letter to P. Colbath re documentary proof of assets to pay an award; revise K. McEleney legal research memorandum re ▓▓▓▓ | RSO | 3.80 | 1,710.00 |
| 11/04/10 | Research issues regarding ▓▓▓▓▓▓▓; preparation of memorandum regarding ▓▓▓▓; review of correspondence from counsel and arbitrator regarding documentary proof of assets | KJM | 4.80 | 1,104.00 |
| 11/05/10 | Telephone conferences with J. Robinson; revise letter to P. Colbath re documentary proof; review D. Carpenter's draft letter to P. Altieri; revise K. McEleney's legal research memo re ▓▓▓▓ draft Nova's witness list | RSO | 4.40 | 1,980.00 |
| 11/05/10 | Preparation of memorandum regarding ▓▓▓▓ | KJM | 0.20 | 46.00 |
| 11/06/10 | Review of correspondence from claimant's counsel regarding discovery disputes | KJM | 0.20 | 46.00 |

Updike, Kelly & Spellacy, P.C.

As of 30 November 2010
Invoice Number 214108
Page #     3

51334   NOVA GROUP INC
00001   Universitas Arbitration

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 11/08/10 | Telephone conference with J. Robinson; revise witness list; review correspondence; letter to P. Altieri re P. Colbath's various correspondence; review P. Colbath's correspondence; letter to P. Colbath re contentions; telephone conference with D. Carpenter re ███████ review motion to compel production of documents | RSO | 5.20 | 2,340.00 |
| 11/08/10 | Preparation of correspondence to arbitrator regarding witness list; review of correspondence from claimant's counsel regarding discovery disputes; research issues regarding ██████ ██████ | KJM | 2.00 | 460.00 |
| 11/09/10 | Review correspondence; correspondence with clients and co-counsel; telephone conference with J. Robinson re ██████ telephone conference with S. McKessy re ██████ telephone conference with P. Colbath and co-counsel re meet and confer on outstanding issues | RSO | 3.00 | 1,350.00 |
| 11/09/10 | Prepare for discovery conference; attend discovery conference with counsel; review of correspondence from counsel regarding discovery issues; research issues regarding ██████ preparation of memorandum regarding ██████ | KJM | 6.10 | 1,403.00 |
| 11/10/10 | Review correspondence; letter to P. Altieri re open issues for teleconference; correspondence with clients | RSO | 2.50 | 1,125.00 |

Updike, Kelly & Spellacy, P.C.

51334 NOVA GROUP INC
00001 Universitas Arbitration

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 11/10/10 | Review of correspondence from counsel regarding discovery conference with arbitrator; research issues regarding ████████████; preparation of memorandum regarding ████████ | KJM | 1.40 | 322.00 |
| 11/11/10 | Conference with Attorneys Richard Order and Kevin McEleny regarding ████████ | DRS | 0.40 | 166.00 |
| 11/11/10 | Revise letter to P. Altieri re open issues; telephone conference with D. Carpenter re ████████; draft W. Bursey Affidavit; draft prehearing brief; conference with D. Seifel re ██████ prepare for teleconference with Arbitrator; review correspondence | RSO | 5.40 | 2,430.00 |
| 11/11/10 | Research issues regarding ████████; Review of correspondence from counsel regarding arbitrator's discovery hearing; Prepare for discovery hearing and prehearing brief | KJM | 2.50 | 575.00 |
| 11/12/10 | Conferences with Attorney Kevin McEleny regarding ████ | DRS | 0.50 | 207.50 |
| 11/12/10 | Prepare for and participate in teleconference with Arbitrator re open issues; conference with J. Robinson; draft prehearing brief; review Universitas' witness list; review correspondence | RSO | 2.90 | 1,305.00 |
| 11/12/10 | Research issues for prehearing brief ████████████ | KJM | 5.60 | 1,288.00 |

COT_UPDIKE00032

51334   NOVA GROUP INC
00001   Universitas Arbitration

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | review of correspondence from counsel regarding discovery conference; attended arbitrator's discovery hearing | | | |
| 11/13/10 | Research and analysis of issues for prehearing brief | KJM | 6.70 | 1,541.00 |
| | ██████████████████████ | | | |
| 11/14/10 | Review K. McEleney's legal research memorandum; draft prehearing brief; correspondence with D. Carpenter and J. Robinson | RSO | 1.70 | 765.00 |
| 11/14/10 | Preparation of prehearing brief; research issues regarding ████████ | KJM | 6.00 | 1,380.00 |
| 11/15/10 | Revise prehearing brief; review correspondence; draft letter to P. Altieri re further Universitas demands re W. Bursey Affidavit; telephone conferences with J. Robinson; telephone conference with D. Carpenter; review legal research | RSO | 6.70 | 3,015.00 |
| 11/15/10 | Research issues regarding prehearing brief; preparation of prehearing brief; preparation of correspondence to Arbitrator; review of correspondence from counsel regarding proof of plan assets; preparation of correspondence to client; | KJM | 3.30 | 759.00 |

Updike, Kelly & Spellacy, P.C.

51334   NOVA GROUP INC
00001    Universitas Arbitration

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | review of claimant's prehearing brief | | | |
| 11/16/10 | Review Universitas' prehearing brief; review correspondence | RSO | 1.00 | 450.00 |
| 11/16/10 | Research issues regarding prehearing reply brief; review of claimant's prehearing brief; review of correspondence from counsel regarding prehearing brief and review of discovery documents | KJM | 1.20 | 276.00 |
| 11/17/10 | Review correspondence; letter to P. Colbath re Edwards &. Angell opinion letter and Key Biscayne's request to audit records; conference with K. McEleney re ▮▮▮ revise letter to J. Donaghy; draft Nova's Exhibit List; telephone conference with J. Robinson re ▮▮▮ correspondence with clients re ▮▮▮ | RSO | 5.90 | 2,655.00 |
| 11/17/10 | Preparation of reply to prehearing brief; research ▮▮▮; review of correspondence from counsel; review of documents produced by claimant | KJM | 3.00 | 690.00 |
| 11/18/10 | Conference with Attorney Kevin McEleney regarding ▮▮▮ | DRS | 0.30 | 124.50 |
| 11/18/10 | Conferences with K. McEleney re ▮▮▮ correspondence with clients; ▮▮▮; draft reply brief; review documents for supplemental production | RSO | 5.90 | 2,655.00 |

COT_UPDIKE00034

Updike, Kelly & Spellacy, P.C.

51334   NOVA GROUP INC
00001   Universitas Arbitration

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 11/18/10 | Preparation of reply to prehearing brief; research issues regarding prehearing brief; review of documents produced by Universitas; preparation of Nova supplemental document production | KJM | 8.30 | 1,909.00 |
| 11/19/10 | Conferences with K. McEleney re ▮▮▮▮ revise reply brief; revise exhibit list; letter to P. Colbath re missing expert report; review documents for exhibit list; telephone conferences with D. Carpenter re ▮▮▮▮ | RSO | 8.10 | 3,645.00 |
| 11/19/10 | Prepare reply brief; prepare witness list; prepare supplemental document production; prepare exhibits; prepare correspondence to Nova; prepare correspondence to claimant's counsel; review of correspondence from claimant's counsel | KJM | 9.40 | 2,162.00 |
| 11/22/10 | Telephone conference with J. Robinson re ▮▮▮▮ conference with K. McEleney re ▮▮▮▮ review Universitas' reply brief; revise surreply brief | RSO | 3.50 | 1,575.00 |
| 11/22/10 | Review of correspondence from counsel; review of claimant's reply brief; telephone conferences with Attorney Williams regarding joint exhibit list; preparation of joint exhibit list; research issues for sur-reply; preparation of sur-reply; prepare correspondence to arbitrator regarding sur-reply; prepare correspondence to client regarding ▮▮▮▮ prepare correspondence to client regarding ▮▮▮▮ review of | KJM | 4.70 | 1,081.00 |

Updike, Kelly & Spellacy, P.C.

As of 30 November 2010
Invoice Number 214108
Page # 8

51334   NOVA GROUP INC
00001   Universitas Arbitration

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | claimant's supplemental document production | | | |
| 11/23/10 | Draft motion to preclude Henry Rose from testifying; review subpoena to Edwards Angell; letter to P. Colbath re subpoena; letter to J. Reid re subpoena; telephone conference with J. Robinson re ▮▮▮▮ conferences with K. McEleney re ▮▮▮▮ | RSO | 3.20 | 1,440.00 |
| 11/23/10 | Preparation of arbitration exhibits; telephone conference with claimant's counsel regarding arbitration exhibits; preparation of correspondence to client regarding ▮▮▮▮ review of correspondence from counsel regarding E&A subpoena; review of E&A subpoena | KJM | 2.00 | 460.00 |
| 11/23/10 | Retrieval and review of production documents and subsequent preparation of document production chart | PLLV | 3.70 | 740.00 |
| 11/24/10 | Correspondence with P. Colbath re Edwards Angell subpoena; review exhibits with K. McEleney; review Order and Disclosure by Arbitrator; telephone conference with D. Carpenter re ▮▮▮▮ draft Supplemental Affidavit | RSO | 0.70 | 315.00 |
| 11/24/10 | Preparation of arbitration exhibits; preparation of list of arbitration exhibits; preparation of correspondence to claimant's counsel regarding arbitration exhibits; review of arbitrator's orders | KJM | 3.20 | 736.00 |

Updike, Kelly & Spellacy, P.C.

As of 30 November 2010
Invoice Number   214108
Page #      9

51334    NOVA GROUP INC
^0001    Universitas Arbitration

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 11/27/10 | Review J. Pastore letter to Arbitrator; correspondence with D. Carpenter and J. Robinson re ▮▮▮▮▮ | RSO | 1.00 | 450.00 |
| 11/29/10 | Conference with K. McEleney re legal research ▮▮▮▮▮ draft motion to quash TD Bank subpoena; telephone conference with D. Carpenter re ▮▮▮▮▮; telephone conference with J. Swope re Edwards Angell response to subpoena | RSO | 5.60 | 2,520.00 |
| 11/29/10 | Review of TD Bank Subpoena issues; Review of correspondence from counsel regarding reply briefs; preparation of arbitration exhibits and exhibit list; preparation of correspondence to claimant's counsel regarding exhibits and court reporter; review of correspondence from arbitrator | KJM | 7.20 | 1,656.00 |
| 11/30/10 | Review correspondence; revise memorandum re background information from J. Robinson; telephone conference with D. Scapellati; correspondence to P. Altieri re P. Colbath email to TD Bank; telephone conference with J. Swope re Edwards Angell subpoena; telephone conferences with J. Robinson; telephone conference with P. Egan; revise J. Robinson Declaration ▮▮▮▮▮ | RSO | 4.90 | 2,205.00 |
| 11/30/10 | Review of correspondence from counsel regarding Motion to Quash; review of Universitas exhibits; preparation of joint arbitation exhibits; telephone conference with Attorney Williams regarding arbitration exhibits; Review | KJM | 2.20 | 506.00 |

Updike, Kelly & Spellacy, P.C.

51334    NOVA GROUP INC
00001    Universitas Arbitration

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
|  | of Universitas' reply; review of joint exhibit list; review of correspondence from counsel regarding exhibit list |  |  |  |
| Total Services . . . . . . . . . Hours |  |  | 175.30 | 58,470.00 |

| Date | Disbursements | Value | Total |
|------|---------------|-------|-------|
| 11/30/10 | Black & White Copying |  | 346.80 |
| 11/30/10 | Lexis/Westlaw Usage |  | 849.01 |
| 11/30/10 | Binder Tabs |  | 11.52 |
| 10/28/10 | Parking | 8.00 | |
| 10/28/10 | Parking | 5.00 | |
|  | Total for Parking |  | 13.00 |
| 11/08/10 | Federal Express - - VENDOR: Federal Express Corporation | 8.79 | |
| 11/08/10 | Federal Express - - VENDOR: Federal Express Corporation | 7.38 | |
| 11/08/10 | Federal Express - - VENDOR: Federal Express Corporation | 7.38 | |
|  | Total for Federal Express |  | 23.55 |
| 10/20/10 | Travel - - VENDOR: Richard S. Order (Roundtrip travel from Hartford to New Haven - 90 mi.) | 45.00 | |
| 11/12/10 | Travel - - VENDOR: Richard S. Order (Roundtrip travel from Hartford to New Haven - 76 mi.) | 38.00 | |
|  | Total for Travel |  | 83.00 |
| Total Disbursements. . . . . . . . . . . . . . . |  |  | 1,326.88 |
| Total Services and Disbursements . . . . . . . . . |  |  | 59,796.88 |
| Amount Due This Invoice. . . . . . . . . . . . . . |  |  | 59,796.88 |

COT_UPDIKE00038

Updike, Kelly & Spellacy, P.C.

As of 30 November 2010
Invoice Number   214108
Page #     11

51334   NOVA GROUP INC
 00001   Universitas Arbitration

| Attorney | | | |
| No | Init | Hours | Value |
| 113 | DRS | 1.20 | 498.00 |
| 219 | RSO | 82.00 | 36,900.00 |
| 393 | KJM | 88.40 | 20,332.00 |
| 645 | PLLV | 3.70 | 740.00 |
| | | ------- | ---------- |
| | | 175.30 | 58,470.00 |

COT_UPDIKE00039