UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
UNIVERSITAS EDUCATION, LLC,  : Case No.: 11 CV 1590-LTS-HBP

              Petitioner,

v.

NOVA GROUP, INC., as Trustee, Sponsor
and Named Fiduciary of the CHARTER OAK
TRUST WELFARE BENEFIT PLAN,

              Respondent.
----------------------------------------------------------- x
NOVA GROUP, INC., as Trustee, Sponsor  : Case No.: 11 CV 8726-LTS-RLE
and Named Fiduciary of the CHARTER OAK
TRUST WELFARE BENEFIT PLAN,

              Petitioner,

v.

UNIVERSITAS EDUCATION, LLC,

              Respondent.
----------------------------------------------------------- x

Please enter my appearance for Grist Mill Capital, LLC and Avon Capital, LLC.

Dated: Westport, Connecticut
        November 20, 2013

                      LAW OFFICES OF CAROLE R. BERNSTEIN

                      By: _____/s/_____
                            Carole R. Bernstein (CB 8343)
                            Law Offices of Carole R. Bernstein
                            41 Maple Avenue North
                            Westport, Connecticut 06880
                            203-255-8698
                            Attorneys for Grist Mill Capital, Inc. and
                            Avon Capital, Inc.