# EXHIBIT 62 TO DECLARATION OF MICHAEL BARNETT

# ANTHONY J. SIANO, ESQ., PLLC
*A PROFESSIONAL CORPORATION*
333 WESTCHESTER AVENUE - SUITE 302
WHITE PLAINS, NEW YORK 10604

(914) 997-0100
FAX (914) 997-4179

ANTHONY J. SIANO

January 22, 2014

Michael Barnett, Esq.
Loeb & Loeb
345 Park Avenue
New York, New York 10154

Re: <u>Universitas v. Nova</u>

Dear Mr. Barnett:

    As you are aware, Mr. Carpenter's circumstances have changed in his criminal cases. He and I have therefore been in further consultation with his various criminal counsel.

    Mr. Carpenter has decided to invoke his rights against self-incrimination with respect to your requests for discovery in the civil matter before Judge Swain.

    I trust you will accord me the same courtesy shown to Mr. Bursey's attorney so that we can memorialize the scope of this invocation by letter.

Very truly yours,

Anthony J. Siano