Exhibit A to January 28, 2014 Letter from Universitas' Counsel to Judge Swain

