**EXHIBIT B**

Universitas' February 25, 2014

Letter to the Court

[Page 1]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO. 11-1590-LTS-HBP


UNIVERSITAS EDUCATION, LLC

        Plaintiff,


        VS.


NOVA GROUP, INC., as trustee,

sponsor and fiduciary of the

CHARTER OAK TRUST WELFARE

BENEFIT PLAN,

        Defendant.


        April 17, 2013

        10:00 a.m.

        DEPOSITION OF DANIEL E. CARPENTER


REPORTED BY:

MARY G. VAN DINA, Certified Court Reporter,

Certified LiveNote Reporter.

```
                                                    [Page 2]
 1

 2     April 17, 2013

 3     10:00 a.m.

 4

 5               Deposition of DANIEL E. CARPENTER,

 6     taken by Plaintiffs, pursuant to subpoena, at the

 7     offices of LOEB & LOEB, LLP, 345 Park Avenue, New

 8     York, New York, before MARY G. VAN DINA, a

 9     Certified Shorthand Reporter and Notary Public

10     within and for the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                         [Page 3]
 1
 2   A P P E A R A N C E S:
 3
 4   LOEB & LOEB, LLP
 5   345 Park Avenue
 6   4 New York, New York 10154
 7   BY:  PAULA KAE COLBATH, ESQ.
 8        MICHAEL BARNETT, ESQ.
 9   Attorneys for the Plaintiff
10
11   ANTHONY J. SIANO, ESQUIRE, PLLC
12   333 Westchester Avenue, Suite 302
13   White Plains, New York 10604
14   BY:  ANTHONY SIANO, ESQ.
15   Attorneys for Daniel E. Carpenter
16
17   HALLORAN & SAGE, LLP
18   315 Post Road West
19   Westport, Connecticut 06880
20   BY:  DAN E. LABELLE, ESQ.
21   Attorneys for Molly Carpenter
22
23
24
25
```

```
                                                        [Page 4]
 1

 2                         INDEX

 3

 4   WITNESS                                              PAGE

 5

 6   DANIEL E. CARPENTER

 7   BY MS. COLBATH                                          5

 8

 9                      E X H I B I T S

10

11   NUMBER          DESCRIPTION                          PAGE

12

13   Moonstone 1   Order to Show Cause with

14                 Temporary Restraining                     9

15                 Order and Application for

16                 Turnover of Insurance

17                 Proceeds and Imposition

18                 of Constructive Trust

19   Moonstone 2   Document, Bates Nos. TD                 18

20                 Universitas 0998 through

21                 1002

22   Moonstone 3   Document bearing Bates                  63

23                 stamp number

24                 TD-Universitas 0524

25   Moonstone 4   UCC Financing Statement                66
```

```
                                                      [Page 5]
 1

 2     Moonstone 5   Open End Mortgage Deed        114

 3                   and Security Agreement

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                        [Page 6]
 1                  Daniel Carpenter 4/17/13
 2     D A N I E L  E.  C A R P E N T E R, 18 Pondside
 3     Lane, West Simsbury, Connecticut 06092, having
 4     been duly sworn by the Notary Public, testified
 5     as follows:
 6     EXAMINATION BY MS. COLBATH:
 7          Q.   Good morning, Mr. Carpenter.  As you
 8     know, my name is Paula Colbath, and I'm a lawyer
 9     here at Loeb & Loeb.  We represent Universitas
10     Education, LLC in this proceeding.
11               You've been deposed before, sir.
12     Correct?
13          A.   Yes, ma'am.
14          Q.   And you understand that your answers
15     today need to be audible so the court reporter
16     can take down your answers?  She doesn't -- it's
17     difficult for her to take down nods.
18          A.   Yes, ma'am.
19          Q.   If you need a break today, please let
20     me know.  We'll take a break.
21               Is that agreeable?
22          A.   Yes.
23          Q.   And, sir, if I ask you a question
24     today that you don't understand, please let me
25     know.
```

```
                                              [Page 13]
 1                 Daniel Carpenter 4/17/13
 2    it to.
 3         Q.    To whom have you rented the property?
 4         A.    A number of employees of USB Group, as
 5    well as Benistar.
 6         Q.    Why was an LLC formed to take
 7    ownership of the property?
 8         A.    All of -- anything that I invested in
 9    is either held in an LLC or it's held in a trust,
10    you know, for either estate planning purposes or
11    protection, you know, asset protection, you know,
12    type purposes, so that if something happens on
13    one property, people can only sue that property
14    and they cannot sue other properties that are
15    owned by different trusts or different LLCs.
16         Q.    Is part of your motivation also to
17    avoid being sued personally?
18         A.    I've been constantly sued since about
19    January 6th of 2001, so I've been under a
20    constant siege of lawsuits since early January of
21    2001.
22               MR. SIANO:  May I have a moment,
23         please?
24               MS. COLBATH:  Sure.
25               (Off-the-record discussion.)
```

```
                                              [Page 14]
 1              Daniel Carpenter 4/17/13
 2    BY MS. COLBATH:
 3         Q.   What is the significance, if any, to
 4    the January 26, 2001 date that you referenced in
 5    your last answer?
 6         A.   The company that I work for invested
 7    money for Section 1031 tax-free exchanges, and I
 8    lost a little over $8 million in the great stock
 9    market fall of December of 2000, and shortly
10    thereafter, in January of 2001, there were a
11    number of lawsuits that started against the
12    company and me personally and that litigation is
13    still going on today in Boston.
14         Q.   Is that company you're referring to
15    Benistar Property Exchange?
16         A.   It's now called Boston Property
17    Exchange, but at that time it was Benistar
18    Property Exchange, but it's now Boston Property
19    Exchange, but at the time it was Benistar
20    Property Exchange Trust Company, but the name has
21    been changed to Boston Property Exchange.
22         Q.   Who were the shareholders of Caroline
23    Financial Group, Inc.?
24         A.   I don't know.
25         Q.   Who would know?
```

```
                                                    [Page 15]
 1                   Daniel Carpenter 4/17/13
 2         A.    If I don't know, I don't believe
 3   there's anybody who would know.
 4         Q.    Is Caroline Financial Group, Inc. a
 5   company that's currently in good standing in a
 6   jurisdiction?
 7         A.    Yes, ma'am.
 8         Q.    How do you know that?
 9         A.    Because every year, we follow up with
10   the state of Delaware.
11               Most of the entities that I'm involved
12   with are incorporated in Delaware and we
13   routinely just -- you know, every March, we just
14   make sure that we're current with the franchise
15   tax and the annual reporting, so that I just
16   happen to know that Caroline Financial Group is
17   in good standing.
18         Q.    Who is the "we" that you referred to
19   in your last answer that makes sure that Caroline
20   Financial Group is current?
21         A.    I use the editorial "we" and the
22   empirical "we" a lot, but the person who follows
23   up to make sure that the company is in good
24   standing is Amanda Rossi.
25         Q.    Who are the officers and directors
```

1                    Daniel Carpenter 4/17/13

2     currently of Caroline Financial Group, Inc.?

3           A.    It's just myself as chairman and

4     secretary.

5           Q.    Do you recall who -- putting aside who

6     the current shareholders of Caroline Financial

7     Group, Inc., do you know who any -- any

8     shareholders were at any point in time?

9           A.    No.

10          Q.    Who formed Caroline Financial Group,

11    Inc.?

12          A.    I did.

13          Q.    When was it formed?

14          A.    I think in 1995.

15          Q.    What's the business of Caroline

16    Financial Group, Inc.?

17          A.    It acts as the managing member and the

18    tax matters partner of a number of different

19    entities.

20          Q.    Can you identify any of those

21    entities?

22          A.    I could, but it's probably too

23    numerous to mention.

24          Q.    Okay.  Well, does Caroline Financial

25    Group, Inc. have any relationship to Grist Mill