**EXHIBIT C**

Universitas' February 25, 2014

Letter to the Court

# JPMorgan Chase & Co.

**bryan@rnlawfirm.com**

🔒 Authenticated by jpmchase.com ✅ Valid Signature

| | |
|---|---|
| **From:** | nina.irish@jpmchase.com |
| **To:** | bryan@rnlawfirm.com |
| **Sent:** | Apr 22, 2013 4:26:03 PM EDT |
| **Subject:** | Universitas v Nova JPMC file 3 SB456878 |
| **Attached:** | [Untitled].pdf (986 kb) |

Hello Mr. Reyhani,

Per our discussion, attached please find a list of open accounts located in subpoena served in above matter, with account name, number and balance.

Thanks,

Nina Irish
Legal Specialist III

-----Original Message-----
From: Irish, Nina
Sent: Monday, April 22, 2013 4:19 PM
To: Irish, Nina
Subject:

All electronic mail (email) and attachments stored, received or transmitted on JPMC systems are property of JPMorgan Chase and subject to applicable laws and regulations and all messages sent or received by JPMC systems are considered corporate records for the purposes of monitoring.

Copyright � 2013 JPMorgan Chase & Co. All rights reserved

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to European legal entities.

## INVENTORY LISTING

### CHASE FILE NO.: SB456878-F1

#### Amanda Rossi/Daniel E Carpenter – Signatory

| | | |
|---|---|---|
| USB Client Services Inc. $40.00 | Acct # 7941■ | Acct. Balance |
| USB Client Services Inc. $65.57 | Acct# 29071■ | Acct. Balance |
| USB Client Services Inc $0.00 | Acct# 29674■ | Acct. Balance |
| Thermionics Employee Stock Ownership Plan/ USB Client Services Inc. $20.00 | Acct. # 29071■ | Acct. Balance |

#### Wayne Bursey/ Amanda Rossi/ Molly Carpenter - Signatory

| | | |
|---|---|---|
| Jefferson Trust $107,812.75 | Acct# 82000■ | Acct. Balance |

#### Amanda Rossi - Signatory

| | | |
|---|---|---|
| Thermionics Employee Stock Ownership Plan $1,139.34 | Acct# 95941■ | Acct. Balance |

#### Molly Carpenter/ Wayne Bursey – Signatory

Cambridge Trust Welfare

| | | |
|---|---|---|
| Benefit Plan $2,878.39 | Acct# 7268█ | Acct. Balance |
| MidAtlantic Trust $174,178.52 | Acct# 7941█ | Acct. Balance |
| Long Term Care Trust | | |
| LTC Trust $ 13,750.86 | Acct# 9049█ | Acct. Balance |
| Long Term Care Trust | | |
| LTC Trust $ .01 | Acct# 9049█ | Acct. Balance |
| Long Term Care Trust | | |
| LTC Trust $0.00 | Acct # 9049█ | Acct. Balance |
| Sadi Trust 2007 $61,601.87 | Acct # 7268█ | Acct Balance |
| Mcallen Health Care | | |
| Services Trust Benefit Plan | | |
| Advisors TTEE $43,076.11 | Acct # 7941█ | Acct Balance |
| Split Dollar Trust/ | | |
| Hanover Benefit Plans LLC $176,407.11 | Acct# 990648479 | Acct Balance |

<u>Molly Carpenter – Signatory</u>

| | | |
|---|---|---|
| Bestco Benefit Plans LLC $817,764.60 | Acct# 1168█ | Acct. Balance |
| Bestco Benefit Plans LLC $64,889.93 | Acct# 1703█ | Acct. Balance |
| Bestco Benefit Plans LLC $0.00 | Acct# 7079█ | Acct. Balance |

| | | |
|---|---|---|
| Bestco Benefit Plans LLC $18,549.95 | Acct# 7079 | Acct. Balance |
| Bestco Benefit Plans LLC $1,903.61 | Acct# 7539 | Acct. Balance |
| Bestco Benefit Plans LLC $271.44 | Acct #7539 | Acct. Balance |
| Bestco Benefit Plans LLC $2,293,090.94 | Acct# 790 | Acct. Balance |
| Bestco Benefit Plans LLC $1,525,268.68 | Acct# 8368 | Acct. Balance |
| Bestco Benefit Plans LLC $45,873.38 | Acct # 936 | Acct. Balance |
| Bestco Benefit Plans LLC $26,809.21 | Acct # 936 | Acct. Balance |
| Bestco Benefit Plans LLC $0.00 | Acct # 937 | Acct. Balance |
| Bestco Benefit Plans LLC $12,108.89 | Acct # 937 | Acct. Balance |
| Bestco Benefit Plans LLC $918.11 | Acct# 301 | Acct. Balance |
| Bestco Benefit Plans LLC | Acct # 301 | Acct. Balance $0.00 |
| Bestco Benefit Plans LLC | Acct # 301 | Acct. Balance $0.00 |
| Bestco Benefit Plans LLC $1,308,073.78 | Acct # 301 | Acct. Balance |
| Bestco Benefit Plans LLC $107,614.65 | Acct # 301 | Acct. Balance |
| Bestco Benefit Plans LLC $7,039.65 | Acct # 301 | Acct. Balance |
| Bestco Benefit Plans LLC $12,630.49 | Acct # 301 | Acct. Balance |
| Bestco Benefit Plans LLC $3,868.01 | Acct # 301 | Acct. Balance |

| | | |
|---|---|---|
| Bestco Benefit Plans LLC $400,205.56 | Acct # 301177█ | Acct. Balance |
| Bestco Benefit Plans LLC $13,177.20 | Acct # 301177█ | Acct. Balance |
| Bestco Benefit Plans LLC $66,587.04 | Acct # 301177█ | Acct. Balance |
| Life Five Welfare Benefit $1,672.22 | Acct # 9040█ | Acct. Balance |

Molly Carpenter/ Daniel Carpenter/ Amanda Rossini – signatory

| | | |
|---|---|---|
| Benistar Client Services Inc/ Bpetco Litigation Group Inc. $1001.95 | Acct # 290█ | Acct Balance |

Daniel Carpenter – signatory

| | | |
|---|---|---|
| Benistar Client Services Inc./ Bpetco Litigation Group Inc. $24,355.45 | Acct # 904█ | Acct Balance |
| USB Client Services Inc. $1,750.53 | Acct # 7941█ | Acct Balance |
| Alliance Charitable Remainder Trust Daniel Carpenter TTE $9,930.00 | Acct# 8334█ | Acct Balance |
| Atlantic Charitable Remainder Trust Daniel Carpenter TTE $9,933.00 | Acct# 8334█ | Acct Balance |
| Avon Charitable Remainder Trust Daniel Carpenter TTE $9,983.00 | Acct # 833█ | Acct Balance |

Carpenter Charitable Remainder



Trust Daniel Carpenter TTE          Acct # 8334             Acct Balance
   $49,983.00

Phoenix Charitable Remainder

Trust Daniel Carpenter TTE          Acct# 8334             Acct Balance
   $9,983.00

**Some account have signatories in addition to those listed. Those signatories are not indicated because they were not listed in the subpoena