**EXHIBIT D**

Universitas' February 25, 2014

Letter to the Court

**ANTHONY J. SIANO, ESQ., PLLC**
*A PROFESSIONAL CORPORATION*
333 WESTCHESTER AVENUE - SUITE 302
WHITE PLAINS, NEW YORK 10604

(914) 997-0100
FAX (914) 997-4179

ANTHONY J. SIANO

February 4, 2014

Michael Barnett, Esq.
Loeb & Loeb
345 Park Avenue
New York, New York 10154

Dear Mr. Barnett:

The following payments have been made on behalf of Mr. Carpenter.

| DATE | PAYEE | AMOUNT |
|---|---|---|
| 1/30/14 | AMERICAN EXPRESS | $4,517.74 |
| 1/30/14 | AMERICAN EXPRESS | $4,560.89 |
| 1/30/14 | AAA | $108.00 |
| 1/30/14 | BUTLER COMPANY | $6,707.00 |
| 1/30/14 | BUTLER COMPANY | $223.34 |
| 1/30/14 | BUTLER COMPANY | $941.19 |
| 1/30/14 | BUTLER COMPANY | $531.75 |
| 1/30/14 | BUTLER COMPANY | $531.75 |
| 1/30/14 | GALLET, DREYER & BERKEY, LLP | $450.00 |
| **TOTAL:** | | **$18,571.66** |

All payments were made from Carpenter Financial Group. No payments were made for Mr. Carpenter from any other source.

Very truly yours,

Anthony J. Siano, Esq.