

**MICHAEL BARNETT**
Attorney At Law

345 Park Avenue
New York, NY 10154

Direct 212.407.4163
Main 212.407.4000
Fax 212.656.1554
mbarnett@loeb.com



RECEIVED APR 14 2014 CHAMBERS OF LAURA TAYLOR SWAIN U.S.D.J.

MEMO ENDORSED

Via ECF
Via Messenger

April 11, 2014

The Hon. Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

The Hon. Henry B. Pitman
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: *Universitas Education, LLC v. Nova Group, Inc.*, Case Nos. 11-1590 and 11-8726 (S.D.N.Y.)

Dear Judges Swain and Pitman:

We represent Petitioner/Judgment Creditor Universitas Education, LLC ("Universitas"). We write with respect to Universitas's October 25, 2013 Affidavit for the Imposition of Attorneys' Fees to be assessed in part against Joseph M. Pastore, III ("the Affidavit") (dkt. no. 314).[1]

Universitas and Mr. Pastore have reached a confidential settlement agreement, and we respectfully ask that the Affidavit be withdrawn with respect to Mr. Pastore only. Pursuant to the confidential settlement agreement, Universitas has discharged any debt that Mr. Pastore or his law firm Pastore & Dailey, P.C. may have owed to Universitas as a result of the Affidavit, the Court's Order dated September 30, 2013 (dkt. no. 293), and/or Universitas's motion for sanctions dated November 27, 2012 (dkt. no. 177).

Respectfully submitted,

Michael Barnett
Loeb & Loeb LLP

**SO ORDERED:**

_____ 4/16/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 16 2014

---

[1] Docket entry references are for Case No. 11-1590.

Los Angeles   New York   Chicago   Nashville   Washington, DC   Beijing   Hong Kong   www.loeb.com

A limited liability partnership including professional corporations

NY1269503.1
214560-10001