

MICHAEL BARNETT
Attorney At Law

345 Park Avenue
New York, NY 10154

Direct 212.407.4163
Main 212.407.4000
Fax 212.656.1554
mbarnett@loeb.com

Via ECF
Via Messenger

April 23, 2014

The Hon. Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: *Universitas Education, LLC v. Nova Group, Inc.*, Case No. 11-1590-LTS-HBP

Dear Judge Swain:

We represent Universitas Education, LLC ("Universitas"), and write with the consent of Jack E. Robinson to respectfully request that the Court defer decision on Mr. Robinson's Motions for Reconsideration of certain sanctions decisions (Dkt. Nos. 301-302 and 390-391).

Universitas is close to reaching a confidential settlement agreement with Mr. Robinson, and as part of that agreement, and assuming certain conditions are met within the next two weeks, we plan to write to the Court again on the subject of Mr. Robinson's Motions for Reconsideration. We respectfully ask that the Court defer action on these Motions for a period of two weeks.

Respectfully submitted,

Michael Barnett
Loeb & Loeb LLP

A limited liability partnership including professional corporations

NY1272380.1
214560-10001