LAW OFFICES OF

# CAROLE R. BERNSTEIN

41 MAPLE AVENUE NORTH
WESTPORT, CONNECTICUT 06880

CAROLE R. BERNSTEIN*

*NEW YORK AND CONNECTICUT
^ NEW YORK, CONNECTICUT AND NEW JERSEY

TELEPHONE (203) 255-8698
FACSIMILE (203) 259-4735

May 25, 2014

Via ECF Filing
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

      Re:  Universitas Education LLC  v. Nova Group, Inc.  11 CV 1590(LTS)
(S.D.N.Y.)(ECF Case)

Dear Judge Swain:

     I write to advise the Court of certain developments in connection with my representation of Grist Mill Capital, LLC ("GMC") and Avon Capital, LLC ("Avon") in the referenced action.  By letter dated March 31, 2014, we were discharged from representing GMC and Avon.  I have been advised that Michael Taylor, Esq., current counsel for Carpenter Financial Group, will be representing GMC and Avon.

     In any event, I will be out of the country on a long-standing planned vacation beginning Monday May 26, 2014 and returning June 6, 2014.

Respectfully submitted,

Carole R. Bernstein

cc:  Paul Colbath, Esq.
     Dan LaBelle, Esq.
     Ira Kleiman, Esq.
     Tony Siano, Esq.
     Glenn Duhl, Esq.
     Michael Taylor, Esq.