UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNIVERSITAS EDUCATION, LLC,

       Petitioner,

-v-                                No. 11 Civ. 1590 (LTS)(HBP)

NOVA GROUP, INC.,

       Respondent.

---------------------------------------------------------x

NOVA GROUP, INC.,

       Petitioner,

-v-                                No. 11 Civ. 8726 (LTS)(HBP)

UNIVERSITAS EDUCATION, LLC,

       Respondent.

---------------------------------------------------------x

## ORDER

       The parties are directed to be prepared to discuss the scope of the Court's authority under Federal Rule of Civil Procedure 69 and N.Y. C.P.L.R. 5225(b), particularly with respect to third parties who are no longer in possession of assets transferred from a judgment debtor; the parties will be expected to address this in connection with the holdings in Peacock v. Thomas, 516 U.S. 349, 357 (1996); Epperson v. Entm't Express, Inc., 242 F.3d 100, (2d Cir. 2001); Estate of Ungar v. Orascom Telecom Holding S.A.E., 578 F. Supp. 2d 536, 547 (S.D.N.Y. 2008); and Alliance Bond Fund, Inc. v. Grupo Mexicano De Desarrollo, 190 F.3d 16, 21 (2d Cir. 1998).

       The parties are directed to be prepared to discuss whether personal jurisdiction must be established with respect to each third-party respondent against whom or which relief is sought,

and the method(s) by which such respondents were served.

       SO ORDERED.

Dated: New York, New York
      June 18, 2014

  /S/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge