# Supplemental Affidavit of Service for Universitas's Motion for Turnover and Permanent Injunction

# EXHIBIT 1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            )      SS.
COUNTY OF NEW YORK  )

      MICHAEL BARNETT, being duly sworn, deposes and says:

      1.     I am not a party to this action and am over 18 years of age.

      2.     On October 21, 2013, I served true copies of the Notice of Motion and Motion for Turnover and Preliminary Injunction, the accompanying Memorandum of Law and the accompanying Declaration of Michael Barnett in support of motion by electronic transmission to the below listed parties:

> Anthony J. Siano, Esq.
> 333 Westchester Avenue
> White Plains, New York 10604
> *Attorney for Respondents*
> *Daniel E. Carpenter, Grist Mill Holdings, LLC*
> *Carpenter Financial Group, Phoenix Capital*
> *Management, LLC and Hanover Trust Company*
>
> Carole R. Bernstein, Esq.
> Law Offices of Carole R. Bernstein
> 41 Maple Avenue North
> Westport, Connecticut 06880
> *Attorney for Respondents*
> *Grist Mill Capital, LLC and Avon Capital, LLC*
>
> Glenn A. Duhl, Esq.
> Siegel, O'Connor, O'Donnell & Beck, P.C.
> 150 Trumbull Street
> Hartford, Connecticut 06103-2446
> *Attorney for Respondent*
> *Grist Mill Trust Welfare Benefit Plan*

Matthew J. Brief and Ira Kleiman
Brief Carmen & Kleiman, LLP
805 Third Avenue, 12th Floor
New York, New York 10022
*Attorneys for Respondent*
*Charter Oak Trust Welfare Benefit Plan*

_____
Michael Barnett

Sworn to before me this
21st Day of October, 2013

_____
Notary Public

TIMOTHY B. CUMMINS
Notary Public, State of New York
No. 01CU6113096
Qualified in New York County
Commission Expires July 19, 2016