*UNIVERSITAS EDUCATION, LLC V. NOVA GROUP, INC.*, CASE NO. 11-1590-LTS-HBP (S.D.N.Y.)

# Supplemental Affidavit of Service for Universitas's Motion for Turnover and Permanent Injunction

# EXHIBIT 2

**Michael Barnett**

**From:** Michael Barnett
**Sent:** Monday, October 21, 2013 2:38 PM
**To:** tonysiano@aol.com; Carole Bernstein <cbernsteinesq@gmail.com> (cbernsteinesq@gmail.com); gduhl@siegeloconnor.com; Ira Kleiman (ik@briefjustice.com); Matthew J. Brief <mjb@briefjustice.com> (mjb@briefjustice.com)
**Cc:** Paula Colbath; labelle@halloran-sage.com
**Subject:** Universitas Education, LLC v. Nova Group, Inc., Case No. 11-1590-LTS-HBP (S.D.N.Y.)
**Attachments:** 10-21-13 Motion for Turnover and Preliminary Injunction.zip

Dear Counsel:

This afternoon, Universitas Education, LLC filed a turnover motion and motion for permanent injunction, naming the following as Respondents:

i. Daniel E. Carpenter

ii. Grist Mill Capital, LLC

iii. Grist Mill Holdings, LLC

iv. Carpenter Financial Group

v. Avon Capital, LLC

vi. Phoenix Capital Management, LLC

vii. Grist Mill Trust Welfare Benefit Plan

viii. Hanover Trust Company

ix. Charter Oak Trust Welfare Benefit Plan

Based on prior correspondence, we understand these Respondents to be represented by the following attorneys:

i. Respondents Daniel E. Carpenter, Grist Mill Holdings, LLC, Carpenter Financial Group, Phoenix Capital Management, LLC and Hanover Trust Company – represented by **Anthony J. Siano**

ii. Respondents Grist Mill Capital, LLC and Avon Capital, LLC – represented by **Carole R. Bernstein**

iii. Respondent Grist Mill Trust Welfare Benefit Plan – represented by **Glenn A. Duhl**

iv. Respondent Charter Oak Trust Welfare Benefit Plan – represented by **Ira Kleiman and Matthew J. Brief**

By this e-mail we are attempting to effect service of the motion upon each of the Respondents by e-mail to respective counsel. **Please let me know by Wednesday, October 23 at noon if (a) I am misunderstood as to a certain attorney representing a certain Respondent and/or (b) a Respondent who has not already appeared in the action declines to accept service by e-mail**.

Please find attached (in a .ZIP file) copies of the papers filed today in support of Universitas' motion, as well as a copy of our letter to Judge Swain enclosing courtesy copies of the papers.

Thank you.

Sincerely,

Michael

**From:** NYSD_ECF_Pool@nysd.uscourts.gov [mailto:NYSD_ECF_Pool@nysd.uscourts.gov]
**Sent:** Monday, October 21, 2013 2:08 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:11-cv-08726-LTS Nova Group, Inc v. Universitas Education, LLC Motion for Miscellaneous Relief

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

### Notice of Electronic Filing

The following transaction was entered by Barnett, Michael on 10/21/2013 at 2:08 PM EDT and filed on 10/21/2013

**Case Name:** Universitas Education, LLC v. Nova Group, Inc.
**Case Number:** 1:11-cv-01590-LTS-HBP
**Filer:** Universitas Education, LLC
**WARNING: CASE CLOSED on 06/07/2012**
**Document Number:** 308

**Docket Text:**
**MOTION for Turnover and Permanent Injunction. Document filed by Universitas Education, LLC. (Attachments: # (1) Affidavit of Service)Filed In Associated Cases: 1:11-cv-01590-LTS-HBP, 1:11-cv-08726-LTS(Barnett, Michael)**

**Case Name:** Nova Group, Inc v. Universitas Education, LLC
**Case Number:** 1:11-cv-08726-LTS
**Filer:** Universitas Education, LLC
**WARNING: CASE CLOSED on 06/07/2012**
**Document Number:** 214

**Docket Text:**
**MOTION for Turnover and Permanent Injunction. Document filed by Universitas Education, LLC. (Attachments: # (1) Affidavit of Service)Filed In Associated Cases: 1:11-cv-01590-LTS-HBP, 1:11-cv-08726-LTS(Barnett, Michael)**

**1:11-cv-01590-LTS-HBP Notice has been electronically mailed to:**

Andrew William Schilling aschilling@buckleysandler.com, aeisen@buckleysandler.com

Anthony Joseph Siano TonySiano@aol.com

Bryan Isaac Reyhani bryan@rnlawfirm.com

Dan E. LaBelle labelle@halloran-sage.com, houle@halloran-sage.com, scapellati@halloran-sage.com

Ira Kleiman ik@briefjustice.com

Jack E. Robinson robinsonesq@aol.com

Joseph M. Pastore , III JPastore@psdlaw.net, amcleod@psdlaw.net

M. Hatcher Norris rnorris@bnglaw.com

Michael Evan Gorelick mgorelick@agfjlaw.com

Michael Steven Barnett mbarnett@loeb.com

Paula Kae Colbath pcolbath@loeb.com, nydocket@loeb.com, tcummins@loeb.com

Richard Steven Order rorder@uks.com

Stephen Thomas Heiser sheiser@kaplanrice.com

**1:11-cv-01590-LTS-HBP Notice has been delivered by other means to:**

**1:11-cv-08726-LTS Notice has been electronically mailed to:**

Alexandra Elizabeth Rigney arigney@agfjlaw.com

Andrew William Schilling aschilling@buckleysandler.com, aeisen@buckleysandler.com

Anthony Joseph Siano TonySiano@aol.com

James Timothy Shearin jtshearin@pullcom.com

Joseph M. Pastore , III JPastore@psdlaw.net, amcleod@psdlaw.net

Michael Evan Gorelick mgorelick@agfjlaw.com

Michael Steven Barnett mbarnett@loeb.com

Paula Kae Colbath pcolbath@loeb.com, nydocket@loeb.com, tcummins@loeb.com

**1:11-cv-08726-LTS Notice has been delivered by other means to:**

Nova Group, Inc

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/21/2013] [FileNumber=12113890-0] [0020a59b1f02a1e0555e7759aafd64cee2e0a7c8c39d9ac9becc9bc902a7e3ae7816d68583b95d56ee6b1348d05ac16b6fb04b3ae6f75a3055c15afbb424a95c]]
**Document description:** Affidavit of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/21/2013] [FileNumber=12113890-1] [b633ee7b3e7da27fe4c571021cc0d0bb886bf1b119cb9312a0414a279ee58cc2a4b68806296a6ee5c042d4bb893a0e0c86eb0a6c8ca399257f6423eab67b2ab9]]