*UNIVERSITAS EDUCATION, LLC V. NOVA GROUP, INC.*, CASE NO. 11-1590-LTS-HBP (S.D.N.Y.)

# Supplemental Affidavit of Service for Universitas's Motion for Turnover and Permanent Injunction

# EXHIBIT 4

## Michael Barnett

| | |
|---|---|
| **From:** | Glenn Duhl <gduhl@siegeloconnor.com> |
| **Sent:** | Wednesday, October 23, 2013 4:50 PM |
| **To:** | Michael Barnett; tonysiano@aol.com; Carole Bernstein <cbernsteinesq@gmail.com> (cbernsteinesq@gmail.com); Ira Kleiman (ik@briefjustice.com); Matthew J. Brief <mjb@briefjustice.com> (mjb@briefjustice.com) |
| **Cc:** | Paula Colbath; labelle@halloran-sage.com |
| **Subject:** | RE: Universitas Education, LLC v. Nova Group, Inc., Case No. 11-1590-LTS-HBP (S.D.N.Y.) |

Michael: I am willing to accept service provided that we (all) may serve our responsive papers on November 12, 2013. May I have your agreement? Thank you, Glenn

Glenn A. Duhl, Esq.
Siegel, O'Connor, O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford CT 06103-2446
Direct: (860) 280-1215
Cell:    (203) 623-1465
Fax:    (860) 527-5131
gduhl@siegeloconnor.com
www.siegeloconnor.com

Management employment law and litigation.

V-Card  •  Bio  •  Directions

NOTICE: This message contains information that is confidential and privileged. If you are not the intended recipient, please inform the sender, gduhl@siegeloconnor.com, immediately by reply e-mail and delete this message with all attachments without retaining a copy. Thank you.

---

**From:** Michael Barnett [mailto:mbarnett@loeb.com]
**Sent:** Monday, October 21, 2013 2:38 PM
**To:** tonysiano@aol.com; Carole Bernstein <cbernsteinesq@gmail.com> (cbernsteinesq@gmail.com); Glenn Duhl; Ira Kleiman (ik@briefjustice.com); Matthew J. Brief <mjb@briefjustice.com> (mjb@briefjustice.com)
**Cc:** Paula Colbath; labelle@halloran-sage.com
**Subject:** Universitas Education, LLC v. Nova Group, Inc., Case No. 11-1590-LTS-HBP (S.D.N.Y.)

Dear Counsel:

This afternoon, Universitas Education, LLC filed a turnover motion and motion for permanent injunction, naming the following as Respondents:

     i.    Daniel E. Carpenter

    ii.    Grist Mill Capital, LLC

   iii.    Grist Mill Holdings, LLC

   iv.    Carpenter Financial Group

    v.    Avon Capital, LLC

1

    vi.    Phoenix Capital Management, LLC

    vii.    Grist Mill Trust Welfare Benefit Plan

    viii.    Hanover Trust Company

    ix.    Charter Oak Trust Welfare Benefit Plan

Based on prior correspondence, we understand these Respondents to be represented by the following attorneys:

    i.    Respondents <u>Daniel E. Carpenter, Grist Mill Holdings, LLC, Carpenter Financial Group, Phoenix Capital Management, LLC and Hanover Trust Company</u> – represented by **Anthony J. Siano**

    ii.    Respondents <u>Grist Mill Capital, LLC and Avon Capital, LLC</u> – represented by **Carole R. Bernstein**

    iii.    Respondent <u>Grist Mill Trust Welfare Benefit Plan</u> – represented by **Glenn A. Duhl**

    iv.    Respondent <u>Charter Oak Trust Welfare Benefit Plan</u> – represented by **Ira Kleiman and Matthew J. Brief**

By this e-mail we are attempting to effect service of the motion upon each of the Respondents by e-mail to respective counsel. **Please let me know by Wednesday, October 23 at noon if (a) I am misunderstood as to a certain attorney representing a certain Respondent and/or (b) a Respondent who has not already appeared in the action declines to accept service by e-mail**.

Please find attached (in a .ZIP file) copies of the papers filed today in support of Universitas' motion, as well as a copy of our letter to Judge Swain enclosing courtesy copies of the papers.

Thank you.

Sincerely,

Michael

**From:** NYSD_ECF_Pool@nysd.uscourts.gov [mailto:NYSD_ECF_Pool@nysd.uscourts.gov]
**Sent:** Monday, October 21, 2013 2:08 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:11-cv-08726-LTS Nova Group, Inc v. Universitas Education, LLC Motion for Miscellaneous Relief

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of**

all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Barnett, Michael on 10/21/2013 at 2:08 PM EDT and filed on 10/21/2013

**Case Name:**         Universitas Education, LLC v. Nova Group, Inc.
**Case Number:**    1:11-cv-01590-LTS-HBP
**Filer:**                    Universitas Education, LLC
**WARNING: CASE CLOSED on 06/07/2012**
**Document Number:** 308

**Docket Text:**
**MOTION for Turnover and Permanent Injunction. Document filed by Universitas Education, LLC. (Attachments: # (1) Affidavit of Service)Filed In Associated Cases: 1:11-cv-01590-LTS-HBP, 1:11-cv-08726-LTS(Barnett, Michael)**

**Case Name:**         Nova Group, Inc v. Universitas Education, LLC
**Case Number:**    1:11-cv-08726-LTS
**Filer:**                    Universitas Education, LLC
**WARNING: CASE CLOSED on 06/07/2012**
**Document Number:** 214

**Docket Text:**
**MOTION for Turnover and Permanent Injunction. Document filed by Universitas Education, LLC. (Attachments: # (1) Affidavit of Service)Filed In Associated Cases: 1:11-cv-01590-LTS-HBP, 1:11-cv-08726-LTS(Barnett, Michael)**

**1:11-cv-01590-LTS-HBP Notice has been electronically mailed to:**

Andrew William Schilling       aschilling@buckleysandler.com, aeisen@buckleysandler.com

Anthony Joseph Siano       TonySiano@aol.com

Bryan Isaac Reyhani       bryan@rnlawfirm.com

Dan E. LaBelle       labelle@halloran-sage.com, houle@halloran-sage.com, scapellati@halloran-sage.com

Ira Kleiman       ik@briefjustice.com

Jack E. Robinson       robinsonesq@aol.com

Joseph M. Pastore , III     JPastore@psdlaw.net, amcleod@psdlaw.net

M. Hatcher Norris     rnorris@bnglaw.com

Michael Evan Gorelick     mgorelick@agfjlaw.com

Michael Steven Barnett     mbarnett@loeb.com

Paula Kae Colbath     pcolbath@loeb.com, nydocket@loeb.com, tcummins@loeb.com

Richard Steven Order     rorder@uks.com

Stephen Thomas Heiser     sheiser@kaplanrice.com

**1:11-cv-01590-LTS-HBP Notice has been delivered by other means to:**

**1:11-cv-08726-LTS Notice has been electronically mailed to:**

Alexandra Elizabeth Rigney     arigney@agfjlaw.com

Andrew William Schilling     aschilling@buckleysandler.com, aeisen@buckleysandler.com

Anthony Joseph Siano     TonySiano@aol.com

James Timothy Shearin     jtshearin@pullcom.com

Joseph M. Pastore , III     JPastore@psdlaw.net, amcleod@psdlaw.net

Michael Evan Gorelick     mgorelick@agfjlaw.com

Michael Steven Barnett     mbarnett@loeb.com

Paula Kae Colbath     pcolbath@loeb.com, nydocket@loeb.com, tcummins@loeb.com

**1:11-cv-08726-LTS Notice has been delivered by other means to:**

Nova Group, Inc

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/21/2013] [FileNumber=12113890
-0] [0020a59b1f02a1e0555e7759aafd64cee2e0a7c8c39d9ac9becc9bc902a7e3ae7
816d68583b95d56ee6b1348d05ac16b6fb04b3ae6f75a3055c15afbb424a95c]]
**Document description:** Affidavit of Service
**Original filename:**n/a
**Electronic document Stamp:**

4

[STAMP dcecfStamp_ID=1008691343 [Date=10/21/2013] [FileNumber=12113890
-1] [b633ee7b3e7da27fe4c571021cc0d0bb886bf1b119cb9312a0414a279ee58cc2a
4b68806296a6ee5c042d4bb893a0e0c86eb0a6c8ca399257f6423eab67b2ab9]]

**Michael Barnett**
*Attorney At Law*

345 Park Avenue | New York, NY 10154
**Direct Dial:** 212.407.4163 | **Fax:** 212.656.1554 | **E-mail:** mbarnett@loeb.com

**Los Angeles | New York | Chicago | Nashville | Washington, DC | Beijing | Hong Kong | www.loeb.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.