*UNIVERSITAS EDUCATION, LLC V. NOVA GROUP, INC.*, CASE NO. 11-1590-LTS-HBP (S.D.N.Y.)

# Supplemental Affidavit of Service for Universitas's Motion for Turnover and Permanent Injunction

# EXHIBIT 6

# Michael Barnett

| | |
|---|---|
| **From:** | Carole Bernstein <cbernsteinesq@gmail.com> |
| **Sent:** | Friday, October 25, 2013 5:23 PM |
| **To:** | Michael Barnett |
| **Cc:** | gduhl@siegeloconnor.com; tonysiano@aol.com; mjb@briefjustice.com; ik@briefjustice.com; LaBelle, Dan E. |
| **Subject:** | Grist Mill/Avon Turnover Motion |

Michael:

I will accept service of the referenced motion.
Carole


**Carole R. Bernstein, Esq.**
Law Offices of Carole R. Bernstein
41 Maple Avenue North
Westport, Connecticut 06880
203-255-8698
203-259-4735 (fax)

**PLEASE NOTE MY NEW EMAIL ADDRESS:  cbernsteinesq@gmail.com**

**NOTICE:** This message contains information which is confidential and privileged. If you are not the intended recipient, please advise the sender, cbernsteinesq@gmail.com, immediately by reply e-mail and delete this message with all attachments without retaining a copy. Thank you.

1