

**MICHAEL BARNETT**
Attorney At Law

345 Park Avenue
New York, NY  10154

**Direct** 212.407.4163
**Main** 212.407.4000
**Fax** 212.656.1554
mbarnett@loeb.com

Via ECF
Via Messenger

July 11, 2014

The Hon. Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *Universitas Education, LLC v. Nova Group, Inc.*, Case No. 11-1590-LTS-HBP (S.D.N.Y.)

Dear Judge Swain:

We represent Universitas Education, LLC ("Universitas"), and write in connection with Universitas's pending motion for turnover and a permanent injunction (Dkt. No. 308).

On July 2, we sent to the Court a proposed Permanent Injunction Order for the Court's consideration (Dkt. No. 469).

Upon reflection, we believe that paragraph 7 of our proposed Order requires clarification, and that paragraph 9 of the proposed Order should be deleted, also for the sake of clarity. Accordingly, attached as Exhibit A to this letter is a revised, proposed Permanent Injunction Order, with these clarifying changes only.

We thank the Court for its attention to this matter.

Respectfully submitted,

Michael Barnett
Loeb & Loeb LLP

Enclosure

cc:    All Counsel of Record (via ECF)