UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNIVERSITAS EDUCATION, LLC,

    Petitioner,

-v-                                     Nos.   11 Civ. 1590 (LTS) (HBP)
                                                  and
                                                      11 Civ. 8726 (LTS) (HBP)

NOVA GROUP, INC., as trustee, sponsor and
fiduciary of THE CHARTER OAK TRUST
WELFARE BENEFIT PLAN,

    Respondent.
-----------------------------------------------------------

## AFFIDAVIT OF MICHAEL S. TAYLOR IN SUPPORT OF MOTION FOR RECONSIDERATION

I, Michael S. Taylor, having been duly sworn, state as follows:

1. I am over 18 year of age and believe in the obligations of an oath.

2. I am an attorney licensed to practice in the state of Connecticut and I have appeared in this matter with the Court's permission for Respondents Avon Capital, LLC, Carpenter Financial Group, Inc., Hanover Trust Company and Phoenix Capital Management, LLC.

3. Attached as Exhibit A to Respondents' Motion for Reconsideration is a true, accurate and complete copy of a sequence of emails produced by counsel for Petitioner during oral argument before the Court on June 18, 2014.

_____
Michael S. Taylor

Subscribed and sworn before me this 9th day of September, 2014.

_____
Notary Public/Commissioner of the Superior Court

My commission expires on:

> CHRISTINE CHAMPNEY
> Notary Public, State of Connecticut
> My Commission Expires May 31, 2017