**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNIVERSITAS EDUCATION, LLC,
:
                Judgment Creditor,
:
       -against-
:     Nos. 11 CV 1590-LTS-HBP and
NOVA GROUP, INC., as trustee, sponsor and     11-8726-LTS
fiduciary of THE CHARTER OAK TRUST
WELFARE BENEFIT PLAN,           :
:
                Judgment Debtor,
:
-------------------------------------------------------------X

## NOTICE OF MOTION AND MOTION TO
## REGISTER JUDGMENT IN OTHER JURISDICTIONS

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Michael Barnett, with Exhibit 1, dated September 25, 2014, and the accompanying memorandum of law, Petitioner/Judgment Creditor Universitas Education, LLC ("Universitas"), by its attorneys Loeb & Loeb LLP, hereby moves this Court before the Hon. Laura Taylor Swain, at the United States Courthouse located at 500 Pearl St., New York, NY 10007, for an Order, issued pursuant to 28 U.S.C. § 1963, permitting Universitas to register its August 15, 2014 judgment in other judicial districts even though the Judgment Debtors' time to file an appeal has not expired.

Universitas certifies that it has used its best efforts to resolve informally the matters raised in this motion.

Dated: September 25, 2014
New York, New York

                        LOEB & LOEB LLP

                By: /s/ Michael Barnett            .
                   Paula K. Colbath (PC-9895)
                   Michael Barnett (MB-7686)
                   345 Park Avenue
                   New York, New York 10154-1895
                   (212) 407-4000

                   *Attorneys for Judgment Creditor*
                   *Universitas Education, LLC*