USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2014

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
UNIVERSITAS EDUCATION, LLC,

                        Petitioner,    11 **CIVIL** 1590 (LTS) (HBP)

     -against-    **JUDGMENT**

NOVA GROUP, INC.,

                        Respondent.
-------------------------------------------------------X

      Petitioner Universitas Education, LLC ("Universitas") having moved for an award of $1,101,232.84 in post-judgment attorneys' fees and costs, pursuant to section 8.02(d) of the Charter Oak Trust Welfare Benefit Plan ("Charter Oak Trust"), and $132,758.93 in post-judgment interest, against Respondent Nova Group, Inc. ("Nova"); Universitas also having applied for $34,980.00 in attorneys' fees incurred in prosecuting a Rule 11 motion against Nova, as well as $41,329.13 in attorneys' fees to be awarded as sanctions imposed against Joseph Pastore III, Esq., under 28 U.S.C. § 1927, pursuant to this Court's September 30, 2013, order awarding such sanctions to Universitas; Universitas further having requested that the $268,810.01 in attorneys' fees awarded in the Court's October 5, 2012 order be reduced to judgment; Nova having timely filed objections to both applications for attorneys' fees; Nova does not object to Universitas' application for reduction of the earlier award of $268,810.01 to judgment; Mr. Pastore having timely filed an objection to the sanctions-related application for an award of attorneys' fees against him, and the matter having come before the Honorable Laura Taylor Swain, United States District Judge, and the Court, on September 30, 2014, having rendered its Order granting Universitas $1,101,232.84 in attorneys' fees and costs, and $132,758.93 in post-judgment interest against Nova, without prejudice to further interest accruals on unsatisfied amounts, granting Universitas' request to reduce the October 5, 2012, attorneys' fee award of $268,810.01 against Nova to judgment, also awarding Universitas

$41,329.13 in attorneys' fees against Joseph Pastore III, Esq., and directing the Clerk of the Court to enter judgment accordingly, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30 2014, Universitas is granted $1,101,232.84 in attorney's fees and costs, and $132,758.93 in post-judgment interest against Nova, without prejudice to further interest accrual on unsatisfied amounts; Universitas request to reduce the October 5, 2012, attorneys' fee award of $268,810.01 against Nova to judgment is granted; Universitas is also awarded $41,329.13 in attorneys' fees against Joseph Pastore III, Esq.

**Dated:** New York, New York
September 30, 2014

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____