**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
UNIVERSITAS EDUCATION, LLC,
: 
               Judgment Creditor,
:
           -against-
:    Nos. 11 CV 1590-LTS-HBP and
NOVA GROUP, INC., as trustee, sponsor and
:    11-8726-LTS
fiduciary of THE CHARTER OAK TRUST
WELFARE BENEFIT PLAN,
:
               Judgment Debtor,
:
---------------------------------------------------------------X

## ATTORNEY'S MOTION ON CONSENT TO WITHDRAW HIS APPEARANCE AS COUNSEL OF RECORD

In accordance with Local Rule 1.4, the undersigned attorney respectfully moves on consent for an Order granting his withdrawal as counsel of record in these actions for Petitioner/Judgment Creditor Universitas Education, LLC ("Universitas"). As set forth in the accompanying Declaration, the undersigned attorney will no longer be employed at Loeb & Loeb LLP ("Loeb & Loeb") as of November 21, 2014.

Loeb & Loeb will remain counsel of record to Universitas in this case.

In accordance with Local Rule 1.4, the undersigned attorney is concurrently serving a copy of this Motion upon Universitas.

Dated: November 17, 2014
New York, New York

                            LOEB & LOEB LLP

               By: /s/ Michael Barnett        .
                   Paula K. Colbath (PC-9895)
                   Michael Barnett (MB-7686)
                   345 Park Avenue
                   New York, New York 10154-1895
                   (212) 407-4000

                   *Attorneys for Judgment Creditor*
                   *Universitas Education, LLC*