UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNIVERSITAS EDUCATION, LLC,

        Petitioner,

        -against-

NOVA GROUP, INC., AS TRUSTEE, NAMED
FIDUCIARY, PLAN SPONSOR AND
ADMINISTRATOR OF THE CHARTER OAK
TRUST WELFARE BENEFIT PLAN,

        Respondent.
-------------------------------------------------------------X

Case Nos. 11 CV 1590-LTS-HBP and
11-8726-LTS

**DECLARATION OF
SHARON SIEBERT**

**SHARON SIEBERT** declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

1. I am a member of Universitas Education, LLC ("Universitas"), the Petitioner/Judgment Creditor in this action.

2. I understand that Michael Barnett, an associate at Loeb & Loeb LLP, is withdrawing from this case as he is moving to Albany to work for the U.S. Attorney's Office in the Northern District of New York.

3. I consent to Mr. Barnett's withdrawal as an attorney of record for Universitas, with the understanding that Loeb & Loeb, and in particular Loeb partner Paula K. Colbath, will continue to represent Universitas in this action.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 12, 2014

_____
SHARON SIEBERT