UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>Petitioner,<br><br>-against-<br><br>NOVA GROUP, INC., as trustee and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN,<br><br>Respondent. | Case Nos.: 11-Civ1590 (LTS)(HBP)<br>and<br>11-Civ 8726 (LST)(HBP)<br><br>**MOTION FOR A PROTECTIVE ORDER AND SANCTIONS SUBMITTED BY MINNEAPOLIS TRAILER SALES, INC., KEITH KORNOVICH AND MARK KORNOVICH** |

Interested parties Minneapolis Trailer Sales, Inc. ("MTS"), Keith Kornovich and Mark Kornovich (collectively, the "MTS Parties") hereby move the Court for a Protective Order and for Sanctions. Specifically, the MTS Parties request that the Court enter an Order:

(1) Dissolving the Restraining Notice served by Universitas Education, LLC ("Universitas") on Lincoln Financial Group to the extent it purports to prevent Lincoln Financial Group from transferring policy numbers 546103549 and 546103551 (the "Policies") to Keith and Mark Kornovich;

(2) Requiring the Policies to be immediately transferred to Keith and Mark Kornovich;

(3) Prohibiting Universitas from taking any further action to interfere with the transfer of the Policies to Keith and Mark Kornovich or to seek to attach or collect on the Policies; and

(4)     Requiring Universitas to reimburse Keith and Mark Kornovich for the costs and attorneys' fees they have incurred and will incur in bringing their Motion for a Protective Order and for Sanctions.

The MTS Parties rely upon the accompanying memorandum of law and declaration of Kristin B. Rowell, submitted herewith, and the declarations of Keith Kornovich and Mark Kornovich previously submitted.

Dated:  November 20, 2014                           Respectfully Submitted,

**ANTHONY OSTLUND BAER & LOUWAGIE P.A.**
  *s/ Kristin B. Rowell*
By:  Kristin B. Rowell (*admitted pro hac vice, granted May 30, 2014*)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-349-6969
Facsimile: 612-349-6996
Email: krowell@anthonyostlund.com

2