# EXHIBIT 4

# GRIST MILL TRUST

## DEATH CLAIM FORM

Please complete the following Claim Form (One form per each Designated Beneficiary):

### A. Participant Information

Name Lawrence O. Fischer     SSN [redacted]    DOB [redacted]    Place of Birth Idaho

Address 9295 N. Esterbrook          Boise    Idaho    83714
     Number  Street Name        Apt/Box# (if any)   City    State    Zip

Marital Status: Single ___ Married X ___ Widow/Widower ___ Separated ___ Divorced ___

Date of Death 10/18/2014 Place of Death Boise, Idaho    Cause of Death Pancreatic Cancer

### B. Claimant or Designated Representative Information

Name Richard Aaron Seehawer        Relationship to Insured or Beneficiary Advisor/Trustee

Address 1112 W. Main St. Suite 105         Boise    Idaho    83702
     Number  Street Name        Apt/Box# (if any)   City    State    Zip

Phone: (208) 344-9704        Fax: (208) 944-3146

Contact E-mail: aaron@conciergelegacy.com

### C. Beneficiary Designation Information

Individual Name* _____  DOB _____  SSN _____  % of Proceeds _____

Trustee's Name Richard Aaron Seehawer         SSN [redacted]

Name of Trust B.A.Fischer Sales Inc/Trusted Purchase Date of Trust 1/31/2007 TIN 45-6226481  % of Proceeds 100

Address 1112 W. Main St. Suite 105         Boise    Idaho    83702
     Number  Street Name        Apt/Box# (if any)   City    State    Zip

Daytime Phone (208) 344-9704        Evening Phone (208) 861-6660

Contact E-mail aaron@conciergelegacy.com        Fax (208) 944-3146

Beneficiary Relationship to Insured: Trustee X ___ Spouse ___ Child ___ Other ___ (Explain) _____

*Complete if the Name of the Beneficiary has changed.

Former Name _____        Current Name _____

Reason for Change _____

By signing below I agree that to the best of my knowledge the above statements are true and complete.

Signature: [signed]    Date: 10-22-2014

Copyright © 2004 - 2010 NOVA Benefit Plans, LLC
All Rights Reserved.