UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNIVERSITAS EDUCATION, LLC,

    Petitioner,

  -v-                                    No. 11 Civ. 1590 (LTS)(HBP)

NOVA GROUP, INC.,

    Respondent.

-------------------------------------------------------x

NOVA GROUP, INC.,

    Petitioner,

  -v-                                    No. 11 Civ. 8726 (LTS)(HBP)

UNIVERSITAS EDUCATION, LLC,

    Respondent.

-------------------------------------------------------x

<u>ORDER</u>

    The Court has received a request from Concierge Legacy Advisors ("Concierge"), an entity that received a third-party subpoena in the above captioned action, to monitor telephonically, without appearing, the hearing scheduled for Tuesday, December 16, 2014. The request is granted.

    Counsel for Concierge is directed to contact Michael H. Bloom, Esq., to arrange for participation in the conference call to monitor the hearing.

    SO ORDERED.

Dated: New York, New York
       December 15, 2014

                                                                         /s/ Laura Taylor Swain
                                                                 LAURA TAYLOR SWAIN
                                                                  United States District Judge