**MICHAEL H. BLOOM, P.C.**
ATTORNEY AT LAW
ONE CENTERPOINTE DRIVE
SUITE 570
LAKE OSWEGO, OREGON 97035
www.bloompc.com

MICHAEL H. BLOOM                    TEL (503) 223-2608
bloompc@easystreet.net              FAX (503) 670-7683

December 19, 2014

**VIA ECF and Overnight Delivery**
The Honorable Laura Taylor Swain
United State District Court Judge
US District Court
500 Pearl Street
New York, NY 10007

    RE:    *Universitas Education, LLC v. Nova Group, Inc.*
            Case No. 11-1590 LTS-HBP (S.D.N.Y.)

Dear Judge Swain:

    Enclosed please find a courtesy copy of Interested Party Gerald Williams, Jr.'s Supplemental Memorandum in Support of Gerald H. Williams' Motion for a Protective Order and Sanctions in the above matter.

    Thank you for your courtesies.

                              Very truly yours,

                              *s/ Michael H. Bloom*

                              Michael H. Bloom

MHB/sl
enclosure
cc: All counsel via ECF