UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
UNIVERSITAS EDUCATION, LLC,                             :

        Judgment Creditor,                   :

        -against-                              :  Case No. 11 CV 1590-LTS-HBP

NOVA GROUP, INC., as trustee, sponsor and               :  NOTICE OF WITHDRAWAL OF COUNSEL
fiduciary of THE CHARTER OAK TRUST
WELFARE BENEFIT PLAN,                                   :

        Judgment Debtor.                     :
------------------------------------------------------- X

    PLEASE TAKE NOTICE that Bryan I. Reyhani and the law firm Reyhani Nemirovsky LLP hereby withdraw as counsel for Judgment Creditor Universitas Education, LLC ("Universitas"), upon Universitas' consent as reflected below.

Dated: New York, New York
       June 1, 2015

                        REYHANI NEMIROVSKY LLP

                        By: */s/ Bryan I. Reyhani*
                            Bryan I. Reyhani (BR-9147)
                            200 Park Avenue
                            17th Floor
                            New York, New York 10166
                            Telephone: (212) 897-4030

Upon the consent of:

UNIVERSITAS EDUCATION, LLC

By: _____[signature]_____
    Ms. Sharon Siebert, as
    Manager and authorized signatory