UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNIVERSITAS EDUCATION, LLC,                :

        Judgment Creditor,

        -against-

NOVA GROUP, INC

        Judgment Debtor,     Case Nos. 11 CV 1590-LTS-HBP and
        -and-                 11-8726-LTS

Daniel E. Carpenter, Charter Oak Trust
Welfare Benefit Plan, Grist Mill Capital, LLC
Grist Mill Holdings, LLC, Grist Mill Trust
Welfare Benefit Plan, Avon Capital, LLC,
Hanover Trust Company, Carpenter Financial
Group and Phoenix Capital Management, LLC,

        Judgment Debtors.
------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please take notice that Dan E. LaBelle, of the law firm of Halloran & Sage LLP, 315 Post Road West, Westport, CT 06110, hereby appears as counsel of record for Interested Parties Benistar 419 Plan and Trust, GMT Living Benefits Trust, Nutmeg Trust, Life One Welfare Benefit Trust and Grist Mill Partners LLC

Dated:    September 18, 2015
              Westport, Connecticut

                        /s/ Dan E. LaBelle
                        Dan E. LaBelle, Esq.  DL2779
                        Halloran & Sage LLP
                        315 Post Road West
                        Westport, CT  06611
                        (203) 227-2855
                        labelle@halloransage.com
                        *Their Attorney*

## CERTIFICATION

      I hereby certify that on September 18, 2015, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*S/DAN E. LABELLE*
Dan E. LaBelle  DL2779