**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNIVERSITAS EDUCATION, LLC,                              :

        Judgment Creditor,

         -against-

NOVA GROUP, INC

        Judgment Debtor,                                   Case Nos. 11 CV 1590-LTS-HBP and
                                                  11-8726-LTS

         -and-

Daniel E. Carpenter, Charter Oak Trust
Welfare Benefit Plan, Grist Mill Capital, LLC
Grist Mill Holdings, LLC, Grist Mill Trust
Welfare Benefit Plan, Avon Capital, LLC,
Hanover Trust Company, Carpenter Financial
Group and Phoenix Capital Management, LLC,

        Judgment Debtors.
-------------------------------------------------------------X

### RULE 7.1 STATEMENT

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the

judges of the Southern District of New York to evaluate possible disqualification or

recusal, the undersigned counsel of record for Interested Parties Benistar 419 Plan and

Trust, GMT Living Benefits Trust, Nutmeg Trust, Life One Welfare Benefit Trust and

Grist Mill Partners LLC certify that these Interested Parties have the following parents,

subsidiaries or affiliates that are publicly held:

       None.

Dated: September 21, 2015
Westport, Connecticut

/s/ Dan E. LaBelle
Dan E. LaBelle, Esq.  DL2779
Halloran & Sage LLP
315 Post Road West
Westport, CT  06611
(203) 227-2855
labelle@halloransage.com
*Their Attorney*

## CERTIFICATION

I hereby certify that on September 21, 2015, a copy of the foregoing Rule 7.1 Statement was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

*/S/ DAN E. LABELLE*
Dan E. LaBelle  DL2779

3946959v.1