```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-2-2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNIVERSITAS EDUCATION, LLC,

    Judgment Creditor,

v.                                                     Case No. 11-CV-1590-LTS

NOVA GROUP, INC., as trustee, sponsor and
fiduciary of THE CHARTER OAK TRUST
WELFARE BENEFIT PLAN,

    Judgment Debtor.
----------------------------------------------------------X

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Robert J. Mancuso, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Commonwealth of Pennsylvania and State of New Jersey; and that his contact information is as follows:

Applicant's Name:   Robert J. Mancuso
Firm Name:          Drinker Biddle & Reath LLP
Address:            One Logan Square, Ste. 2000, Philadelphia, PA 19103
Telephone:         215-988-2700
Fax:                 215-988-2757

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Third-Party Garnishee The Penn Mutual Life Insurance Company in the above captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. *D≡ #: 577 Resolved*.

Dated: 10/1/2015

_____
United States District Judge