# EXHIBIT M

**NOTE:**

**1 OF 2 RECORD(S)**

**Date/Time of Results:**
11/10/2015 at 11:3811/10/2015 at 11:38

**File Number:**
47853884785388

**Stock Co Flag:**
FalseFalse

**Name:**
HANOVER BENEFIT PLANS, LLCHANOVER BENEFIT PLANS, LLC

**Tax Type:**
Annual L.L.C. TaxAnnual L.L.C. Tax

**Kind:**
Limited Liability Company GeneralLimited Liability Company General

**Renewal Date:**

**Residency:**
DomesticDomestic

**Expiration Date:**

**State of Incorp:**
DEDE

**Quarterly Filing?:**
FalseFalse

**Status:**
Good Standing as of 02/04/2010Good Standing as of 02/04/2010

**Last Annual Report:**

**Incorp/Qualify Date:**
02/04/201002/04/2010

**Bankruptcy Date:**

**Foreign Incorporation Date:**

**Bankruptcy Case Number:**
${value.ToString()}

**Registered Agent:**
9750284
BENISTAR EMPLOYER SERVICES TRUST CORPORATION
1000 NORTH WEST STREET
SUITE 12009750284
BENISTAR EMPLOYER SERVICES TRUST CORPORATION
1000 NORTH WEST STREET
SUITE 1200

**Bankruptcy Status:**
${value.ToString()}

**Registered Agent County:**
New CastleNew Castle

**Merged To:**

**Stock Information:**

**Amendment Number:**

| Stock Seq Number | Description | Series | Class | Authorized | Par Value |
|---|---|---|---|---|---|

**Filing History (last 5 filings):**

| Seq Number | Filing Year | Doc Code | Doc Pages | Dom Pages | Doc Filing Date | Doc Filing Time | Doc Effective Date | Doc Filing Status | Co Prev Name | Merger Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2010 | Change of Agent; LLC | 1 | | 05/20/2010 | 08:00 | 05/20/2010 | Completed | | |
| 2 | 2010 | LLC | 1 | | 02/04/2010 | 14:56 | 02/04/2010 | Completed | | |

**Tax Info:**

Tax Balance:
$300.00

| TaxYear | TotalFiling | TotalTaxes | TotalPenalty | TotalInterest | TotalOther | TotalPaid | TotalBalance |
|---|---|---|---|---|---|---|---|
| 2015 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 |
| 2014 | $0.00 | $300.00 | $200.00 | $0.00 | $0.00 | $500.00 | $0.00 |
| 2013 | $0.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 | $0.00 |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered

poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Important:** This data is for informational purposes only. Certification may only be obtained through the Division of Corporations, or from a Delaware Registered Agent's office located within the State of Delaware

**Important:** This information is real time data and is subject to change at any moment

Your DPPA Permissible Use is: I have no permissible use
Your GLBA Permissible Use is: Legal Compliance

Copyright © 2015 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.