

PAULA K. COLBATH
Partner

345 Park Avenue
New York, NY 10154

Direct  212.407.4905
Main    212.407.4000
Fax     212.937.3189
pcolbath@loeb.com

BY ECF

November 10, 2015

The Hon. Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: <u>Universitas Education, LLC v. Nova Group, Inc.,</u> Case No. 11-1590-LTS-HBP (S.D.N.Y.)

Dear Judge Swain:

We represent Judgment Creditor Universitas Education, LLC ("Universitas").

At the Hearing this afternoon, Your Honor permitted us to file a Memorandum with regard to adverse inferences that may be drawn from Mr. Carpenter's assertion of his Fifth Amendment privilege. Upon reflection, we write to inform the Court that we will wait until the Court has decided Universitas' motion for leave, pursuant to Fed. R. Civ. P. 30(a)(2)(B), to take Mr. Carpenter's deposition in prison (dockets 553-555), and we have had an opportunity to depose him to submit a more comprehensive Memorandum with regard to adverse inferences that the Court may draw.

Respectfully submitted,

Paula K. Colbath
Partner

cc:   All counsel of record