**EXHIBIT D**

## Business Inquiry

### Business Details

| | | | |
|---|---|---|---|
| Business Name: | NOVA GROUP, INC. | Citizenship/State Inc: | Foreign/DE |
| Business ID: | 0886999 | Last Report Filed Year: | 2008 |
| Business Address: | 10 TOWER LANE, AVON, CT, 06001 | Business Type: | Stock |
| Mailing Address: | 10 TOWER LANE, AVON, CT, 06001 | Business Status: | Withdrawn |
| Date Inc/Registration: | Jan 30, 2007 | Name in State of INC: | NOVA GROUP, INC. |
| Commence Business Date: | Jan 30, 2007 | | |

### Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| WAYNE BURSEY  PRESIDENT | 100 GRIST MILL RD, SIMSBURY, CT, 06070 | 100 GRIST MILL RD, SIMSBURY, CT, 06070 |
| MOLLY CARPENTER  TREASURER | 100 GRIST MILL RD, SIMSBURY, CT, 06070 | 100 GRIST MILL RD, SIMSBURY, CT, 06070 |
| AMANDA ROSSI  SECRETARY | 100 GRIST MILL RD, SIMBSUBYR, CT, 06070 | 100 GRIST MILL RD, SIMSBURY, CT, 06070 |

### Agent Summary

| | |
|---|---|
| Agent Name | SECRETARY OF THE STATE OF CONNECTICUT |
| Agent Business Address | 30 TRINITY STREET, HARTFORD, CT, 06106 |
| Agent Residence Address | NONE |

Commercial Recording Division                                                                Page 1 of 1

## Business Inquiry

### Filing History

| Business ID | | Business Name | | | | | |
|---|---|---|---|---|---|---|---|
| 0886999 | | NOVA GROUP, INC. | | | | | |

| Filing Number | Filing Date/Time | Effective Date/Time | Filing Type | Volume Type | Volume | Start Page | Page # |
|---|---|---|---|---|---|---|---|
| 0003383689 | Jan 30, 2007 4:19 PM | | AUTHORITY | B | 01003 | 2238 | 3 |
| 0004709160 | Aug 28, 2012 5:50 PM | | REPORT (2008) | B | 01715 | 1810 | 2 |
| 0005400135 | Sep 21, 2015 8:30 AM | Sep 21, 2015 8:30 AM | WITHDRAWAL | B | 02103 | 0425 | 2 |