UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNIVERSITAS EDUCATION, LLC,

        Judgment Creditor,

        -against-

NOVA GROUP, INC., as trustee, sponsor and
fiduciary of THE CHARTER OAK TRUST
WELFARE BENEFIT PLAN,

        Judgment Debtor.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-2016
```

Case Nos. 11 CV 1590-LTS-HBP and
11-8726-LTS

## STIPULATION AND ORDER OF DISTRIBUTION

The Court having considered this Stipulation and Order of Distribution filed by Kathy Kehoe, as Trustee of the Grist Mill Trust dated October 1, 2003 (the "Grist Mill Trust"), and Universitas Education, LLC ("Universitas"), it is hereby GRANTED and ORDERED that the monies currently on deposit at Webster Bank in New York, in Webster account number XXXXXXX419 in the amount of **$239,108.48,** and in Webster account number XXXXXXX426 in the amount of **$251,912.20,** shall be immediately distributed to Universitas, c/o Loeb & Loeb LLP, by way of a wire transfer to Loeb & Loeb LLP's Trust Account, Citigroup Private Bank, 153 East 53rd Street, New York, New York 10022, account number 24576266 (routing number 021000089).

This Order is without prejudice to further applications by Universitas for the turnover of additional monies deposited into the subject accounts by the Grist Mill Trust and/or its trustee(s) and/or administrator(s).

HALLORAN & SAGE LLP

By: _____
Daniel E. LaBelle, Esq.
*Attorneys for Kathy Kehoe, Trustee*
*of the Grist Mill Trust dated*
*October 1, 2003*
315 Post Road
Westport, CT 06880
Tel: (203) 222-4304

Dated: 5/19/16

LOEB & LOEB LLP

By: _____
Paula K. Colbath, Esq.
*Attorneys for Universitas Education, LLC*
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4905

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE