UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNIVERSITAS EDUCATION, LLC,

             Judgment Creditor              .

        -against-                     :       Case Nos. 11 CV 1590-LTS-HBP and
                                           11-8726-LTS

NOVA GROUP, INC., as trustee, sponsor and     :
fiduciary of THE CHARTER OAK TRUST
WELFARE BENEFIT PLAN,                  :

            Judgment Debtor.
-----------------------------------------------------------------X

      This STIPULATION made this ___ day of October, 2017, by and among Universitas

Education, LLC ("Universitas") and the Grist Mill Trust Welfare Benefit Plan (the "Grist Mill

Plan").

      WHEREAS American General Life Insurance Company/The United States Life

Insurance Company of the City of New York ("AIG") issued a life insurance policy on the life of

Ralph S. (Policy Number A7E122221L) (the "S. Policy");

      WHEREAS the Grist Mill Plan is the owner of Policy Number A7E122221L;

      WHEREAS Universitas, as Judgment Creditor of the Grist Mill Plan in the instant action,

served AIG with a restraining notice;

      WHEREAS, the Grist Mill Plan has submitted a change of ownership request to AIG

with respect to the S. Policy and Universitas has informed AIG that the change of ownership on

the S. Policy is authorized; and

      WHEREAS, AIG has informed Universitas and the Grist Mill Plan that it would not

process the change of ownership of the S. Policy without a Court Order;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that:

The Restraining Notice served on AIG by Universitas is hereby lifted only with regard to the processing of the change of ownership of the S. Policy.

This Stipulation may be executed in counterparts and may be executed with counsel's signature by facsimile or e-mail, which shall have the same effect as an original signature.

Dated:     October __, 2017

HALLORAN & SAGE LLP

By: _____
    Dan E. LaBelle, Esq.
*Attorneys for the Grist Mill Trust*
*Welfare Benefit Plan and Benistar*
*419 Plan & Trust*
315 Post Road West
Westport, CT 06880
Tel: (203) 222-4303

LOEB & LOEB LLP

By: _____
    Paula K. Colbath, Esq.
*Attorneys for Universitas Education, LLC*
345 Park Avenue
New York, NY 10154
Tel. (212) 407-4905

It is hereby ORDERED that:

1.    Effective immediately, the Restraining Notice previously served by Universitas Education, LLC ("Universitas") to United States Life Insurance Company/The American General Life Insurance Company ("AIG") shall be lifted only with regard to the change of ownership request of the life insurance policy issued on the life of Ralph S. (Policy Number A7E122221L) (the "S. Policy") and AIG is hereby authorized to process the change of ownership request in connection with the S. Policy.

14588434.1
214560-10001

2.      Except for the change of ownership request with respect to the S. Policy described in the preceding paragraphs, the Restraining Notice served by Universitas to AIG shall remain in full force and effect.

Dated:      New York, New York
              October _____, 2017

SO ORDERED

_____
LAURA TAYLOR SWAIN
United States District Judge