**UNITED STATES DISTRICT COURT**
**SOUTHERN  DISTRICT OF NEW YORK**

UNIVERSITAS EDUCATION, LLC,

                     *Judgment Creditor*,

        -against-

NOVA GROUP, INC., as trustee, sponsor and fiduciary
of THE CHARTER OAK TRUST WELFARE
BENEFIT PLAN,

                    *Judgment Debtor*.

Case No. 11 CV 1590-LTS-HBP

**NOTICE  OF  WITHDRAWAL
WITHOUT  PREJUDICE  OF
MOTION TO INTERVENE**

       Proposed intervenor HUG Funding, LLC, hereby withdraws, without prejudice, its Motion

to Intervene (Docket Entry No. 646) which was filed on March 20, 2018.

Dated:  Kew Gardens, New York
       April 16, 2018

                                 LIPSIUS-BENHAIM LAW, LLP
                                 *Attorneys for HUG Funding, LLC*

                 By:    _____
                                Ira S. Lipsius
                               Alexander J. Sperber
                       80-02 Kew Gardens Road, Suite 1030
                       Kew Gardens, New York, 11415
                       212-981-8440