UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNIVERSITAS EDUCATION, LLC,

    *Judgment Creditor*,

-against-

NOVA GROUP, INC., as trustee, sponsor and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN,

    *Judgment Debtor*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 24 Apr 2018

Case No. 11CV1590-LTS-HBP

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO INTERVENE**

MEMO ENDORSED

Proposed intervenor HUG Funding, LLC, hereby withdraws, without prejudice, its Motion to Intervene (Docket Entry No. 646) which was filed on March 20, 2018.

Dated: Kew Gardens, New York
      April 16, 2018

                              LIPSIUS-BENHAIM LAW, LLP
                              *Attorneys for HUG Funding, LLC*

By: _____
          Ira S. Lipsius
          Alexander J. Sperber
          80-02 Kew Gardens Road, Suite 1030
          Kew Gardens, New York, 11415
          212-981-8440

*The Clerk of Court is directed to terminate docket entry #646.*

SO ORDERED:

_____ 4/24/18
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE