UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNIVERSITAS EDUCATION, LLC,

        Plaintiff,

-against-

NOVA GROUP, INC.,

        Defendants.

-----------------------------------------------------------X

No. 11-CV-01590 (LTS)(HBP)

**SATISFACTION OF JUDGMENT ONLY AS TO JUDGMENT DEBTOR GRIST MILL TRUST WELFARE BENEFIT PLAN**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/18

      **WHEREAS,** a Judgment was entered in the above action on August 12, 2014 in favor of Judgment Creditor UNIVERSITAS EDUCATION LLC ("Universitas") and against Judgment Debtor Grist Mill Trust Welfare Benefit Plan ("GMT"), in the amount of $4,487,007.81 (the "GMT Judgment"), and said GMT Judgment having been fully paid; and it is certified that there are no outstanding executions with any Sheriff or Marshall as to said GMT Judgment; and

      **WHEREAS,** to the extent Universitas issued restraining notices to third party garnishees directed at the assets of Judgment Debtor GMT, such restraining notices are hereby immediately lifted, but only insofar as such restraining notices related to the assets of GMT. **All restraining notices served by Universitas to third-party garnishees remain in full force and effect as to all Judgment Debtors, except GMT.**

      **THEREFORE,** full and complete satisfaction of said GMT Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of ONLY said GMT Judgment.

Dated: June 19, 2018
      New York, New York

LOEB & LOEB LLP

By: _____
Paula K. Colbath
345 Park Avenue
New York, New York 10154

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

      On the 19th day of June, 2018, before me personally came Paula K. Colbath, to me known and known to be a member of the law firm of Loeb & Loeb LLP, attorneys for Universitas Education, LLC in the above entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

_____
Notary Public

ANTOINETTE PEPPER
Notary Public, State of New York
No. 01PE4973633
Qualified in Nassau County
Certificate filed in New York County
Commission Expires January 7, 2019

16386931.2

2