Paula K. Colbath (PC-9895)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
212-407-4000
e-mail: pcolbath@loeb.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

UNIVERSITAS EDUCATION, LLC,

                Petitioner,

      -against-                       Case No. 11 CV 1590-LTS-HBP

NOVA GROUP, INC., as trustee, sponsor and
fiduciary of THE CHARTER OAK TRUST
WELFARE BENEFIT PLAN,

                Respondents.
-------------------------------------------------------X

NOVA GROUP, INC., as trustee, sponsor and
fiduciary of THE CHARTER OAK TRUST
WELFARE BENEFIT PLAN,

                Petitioners,            Case No. 11 CV 8726-LTS-RLE

      -against-

UNIVERSITAS EDUCATION, LLC,         **STIPULATION AND ORDER OF**
                                                                        **SUBSTITUTION OF COUNSEL**

                Respondent.
-------------------------------------------------------X

        WHEREAS Plaintiff Universitas Education, LLC is currently represented by the law firm of Loeb & Loeb LLP;

        WHEREAS Universitas Education, LLC desires to cease Loeb & Loeb's representation of it in this litigation;

WHEREAS Universitas Education, LLC desires to retain the law firm Menz Bonner Komar & Koenigsberg LLP to represent them in this litigation;

WHEREAS Universitas Education, LLC, Loeb & Loeb, and Menz Bonner Komar & Koenigsberg LLP believe that a substitution of counsel will not materially alter Universitas Education, LLC's ability to abide by any and all deadlines or schedules previously enacted by this Court;

IT IS HEREBY STIPULATED AND AGREED by the undersigned that Patrick D. Bonner Jr. be substituted as counsel of record for Plaintiff Universitas Education, LLC. in place and instead of Loeb & Loeb LLP.

Dated: New York, New York
June 22, 2018

LOEB & LOEB LLP

By: _____
Paula K. Colbath (PC-9895)
345 Park Avenue
New York, New York 10154
(212) 407-4000

MENZ BONNER KOMAR & KOENIGSBERG LLP

By: _____ 7/20/2018
Patrick D. Bonner Jr.
1 North Lexington Avenue Suite 1550
White Plains, NY 10601
(914) 949-0222

UNIVERSITAS EDUCATION, LLC.

By: _____

SO ORDERED:

_____
U.S.D.J.