**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>        Petitioner,<br><br> -against-<br><br>NOVA GROUP, INC., as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN,<br><br>        Respondents. | Case No. 11-CV-1590-LTS-HBP |
| NOVA GROUP, INC., as trustee, sponsor and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN,<br><br>        Petitioners,<br><br> -against-<br><br>UNIVERSITAS EDUCATION, LLC,<br><br>        Respondent. | Case No. 11-CV-8726-LTS-RLE<br><br>**MOTION TO APPEAR PRO HAC VICE** |

PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Benjamin Chernow, hereby move this Court for an Order to appear *pro hac vice* in this action as counsel for Petitioner Universitas Education, LLC, in the above captioned action.

      Applicant's Name: Benjamin Chernow, Esq.
      Firm Name:    Law Offices of Joseph L. Manson III
      Address:     600 Cameron Street
      City/State/Zip:   Alexandria, VA 22314
      Phone Number:  301.633.2163
      Email Address:  bchernow@jmansonlaw.com

I am in good standing of the bars of the District of Columbia and New York. There are no disciplinary proceedings pending against me in any state or federal court.

Dated: March 9, 2020

                                              Respectfully Submitted,

                                              /s/ Benjamin Chernow