IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>                           Petitioner,<br><br>  -against-<br><br>NOVA GROUP, INC., as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN,<br><br>                           Respondents. | Case No. 11-CV-1590-LTS-HBP |
| NOVA GROUP, INC., as trustee, sponsor and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN,<br><br>                           Petitioners,<br><br>  -against-<br><br>UNIVERSITAS EDUCATION, LLC,<br><br>                           Respondent. | Case No. 11-CV-8726-LTS-RLE<br><br><br>**AFFIDAVIT OF BENJAMIN CHERNOW IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE** |

Benjamin Chernow, hereby deposes and says as follows:

    1. I am an attorney at the Law Offices of Joseph L. Manson III. I am familiar with the proceedings in this case.

    2. I am a member in good standing of the bars of the District of Columbia and New York.

    3. I have never been convicted of a felony.

    4. I have never been censured, disbarred or denied admission or readmission by any court.

    5. There are no disciplinary proceedings presently against me.

Dated: March 9, 2020
       Alexandria, VA

                                                 Benjamin Chernow
                                                 600 Cameron St.
                                                 Alexandria, VA 22314
                                                 bchernow@jmansonlaw.com

Sworn to me on this 9th day
of March, 2020.

*Katherine DeLeon*

Notary Public

Katherine Michell De Leon
Commonwealth of Virginia
Notary Public
Commission No. 7852984
My Commission Expires 7/31/2023