IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>                         Petitioner,<br><br>-against-<br><br>NOVA GROUP, INC., as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN,<br><br>                       Respondents. | Case No. 11-CV-1590-LTS-HBP<br><br> |
| NOVA GROUP, INC., as trustee, sponsor and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN,<br><br>                       Petitioners,<br><br>-against-<br><br>UNIVERSITAS EDUCATION, LLC,<br><br>                       Respondent. | Case No. 11-CV-8726-LTS-RLE<br><br>**MOTION TO APPEAR PRO HAC VICE** |

**[~~PROPOSED~~] ORDER TO APPEAR PRO HAC VICE**

The motion of Benjamin Chernow for *pro hac vice* admission to appear and practice in the above-captioned action as counsel on behalf of Petitioner Universitas Education, LLC is granted.

Benjamin Chernow has declared he is a member in good standing of the bars of the states of the District of Columbia and New York, and that his contact information is as follows:

        Applicant's Name:    Benjamin Chernow, Esq.
        Firm Name:             Law Offices of Joseph L. Manson III
        Address:                 600 Cameron Street
        City/State/Zip:       Alexandria, VA 22314
        Phone Number:      301.633.2163

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-18-2020

Email Address:   bchernow@jmansonlaw.com

**IT IS HEREBY ORDERED** that Benjamin Chernow is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys admitted to practice before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: March 13, 2020

United States District/~~Magistrate~~ Judge