# Law Offices of Joseph L. Manson III

Benjamin Chernow
600 Cameron St.
Alexandria, VA 22314

July 14, 2020

<u>VIA ECF</u>  <span style="text-align:center">**<u>MEMO ENDORSED</u>**</span>

The Honorable Laura T. Swain
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Universitas Education, LLC v. Nova Group, Inc.*, Case No. 1:11-cv-01590 (LTS) (HBP)

Dear Judge Swain,

We represent Universitas Education, LLC ("Universitas") in the above-captioned matter. We write this letter in response to the Order to Show Cause filed in this Court on July 10, 2020 regarding the applicability of Restraining Notices upon Lincoln National Life Insurance Company ("Lincoln"). Upon further review and examination, Universitas believes that the Restraining Notice issued to Lincoln expired on November 30, 2019 and that Lincoln's business activities are no longer restrained. Accordingly, Universitas does not believe there is cause to continue restraining Lincoln's business activities. A copy of this letter has been provided to Lincoln in accordance with the directives of the Order to Show Cause.

Respectfully Submitted,

/s/ Benjamin Chernow
Benjamin Chernow
600 Cameron St.
Alexandria, VA 22314
(301) 633-2163
bchernow@jmansonlaw.com

*Counsel for Petitioner*

The Order to Show Cause filed at DE# 662 is satisfied.
SO ORDERED.
7/14/2020
/s/ Laura Taylor Swain, USDJ

Cc: All Interested Counsel (by ECF)