

771974824523

# Delivered
## Wednesday 11/04/2020 at 9:56 am

**DELIVERED**

Signed for by: P.JELANI



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| **FROM** | **TO** |
|---|---|
| Joseph Castagno<br>10 Tower Lane<br>Suite 100<br>AVON, CT US 06001<br>860 408-7000 | Daniel Patrick Moynihan<br>Hon. Judge Laura T. Swain<br>United States Courthouse<br>500 Pearl Street<br>NEW YORK, NY US 10007<br>212 805-0424 |

## Shipment Facts

| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
|---|---|---|
| 771974824523 | FedEx Priority Overnight | 1 lbs / 0.45 kgs |
| **DELIVERY ATTEMPTS** | **DELIVERED TO** | **TOTAL PIECES** |
| 1 | Mailroom | 1 |
| **TOTAL SHIPMENT WEIGHT** | **TERMS** | **PACKAGING** |
| 1 lbs / 0.45 kgs | Shipper | FedEx Envelope |
| **SPECIAL HANDLING SECTION** | **STANDARD TRANSIT** | **SHIP DATE** |
| Deliver Weekday | 11/04/2020 by 10:30 am | Tue 11/03/2020 |
| **ACTUAL DELIVERY** | | |
| Wed 11/04/2020 9:56 am | | |

## Travel History

Local Scan Time

Wednesday , 11/04/2020

| 9:56 am | NEW YORK CITY, NY | Delivered |
|---|---|---|