UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNIVERSITAS EDUCATION, LLC,

      Plaintiff,

  -v-                                                No.  11-CV-1590-LTS

NOVA GROUP, INC. et al.,

      Defendants.

--------------------------------------------------------x

### Order

The Court has received Daniel Carpenter's "Motion to Vacate Turnover Judgement Pursuant to Rule 60(b)(4)."  (Docket Entry No. 665.)  Plaintiff's opposition must be filed no later than **Nov. 30, 2020**.  Any reply by Mr. Carpenter must be filed no later than **Dec. 14, 2020**.  The matter will be taken on submission.

Chambers will mail a copy of this order to Mr. Carpenter.

SO ORDERED.

Dated: New York, New York
        November 18, 2020

                                                  ___/s/ Laura Taylor Swain_____
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge

Mail to:     Daniel Carpenter
                 18 Pond Side Lane
                 West Simsbury, CT 06092