December 02, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 399605004030

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | WEST SIMSBURY, CT, |
| **Special Handling:** | Deliver Weekday; Residential Delivery | **Delivery date:** | Dec 1, 2020 16:21 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 399605004030 | **Ship Date:** | Nov 30, 2020 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

WEST SIMSBURY, CT, US,

**Shipper:**

ALEXANDRIA, VA, US,

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx