UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, | : | Nos: 11-CV-1590-LTS-HBP |
| Plaintiff, | : | |
| v. | : | **MEMO ENDORSED** |
| NOVA GROUP, INC. as trustee, sponsor and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN, | : | **MOTION FOR LEAVE TO WITHDRAW APPEARANCE** |
| Judgment Debtor. | : | |

Pursuant to L. Civ. Rule 1.4, the undersigned attorney (David A. Slossberg of Hurwitz Sagarin Slossberg & Knuff, LLC) respectfully moves to withdraw his appearance on behalf of Daniel E. Carpenter. The undersigned submits that there is good cause for this motion for the following reasons:

1.     This case has been closed since June 7, 2012 (ECF 41).

2.     The undersigned appeared on behalf of Mr. Carpenter on April 30, 2015, in connection with post-judgment discovery (ECF 557, 559).

3.     The representation has ended.

4.     On November 13, 2020, Mr. Carpenter filed a "Motion to Vacate (Reconsider) Turnover Judgement," which he signed in a pro se capacity. (ECF 665.) The undersigned was unaware of the motion prior to its filing.

5.     In light of the foregoing, the undersigned requests leave to withdraw his appearance in order to avoid procedural confusion.

6.      Mr. Carpenter has provided his written consent to the withdrawal of appearance.

(*See* Carpenter Aff., **Exhibit A** hereto.)

7.      As stated in the Declaration of David A. Slossberg in Support of Motion for Leave

to Withdraw Appearance (**Exhibit B** hereto):

   a.   I have notified Mr. Carpenter of this motion;

   b.   I will deliver a copy of this motion and any related order to Mr. Carpenter; and

   c.   I am not asserting a retaining or charging lien on this action.

WHEREFORE, the undersigned respectfully requests that he be granted leave to

withdraw his appearance.

Dated: December 7, 2020

By: _____
David A. Slossberg, Esq. [DS0566]
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street
Milford, CT 06460
Tel: (203) 877-8000
Fax: (203) 878-9800
DSlossberg@hssklaw.com

The foregoing motion is granted.  Mr. Carpenter is directed to file promptly a notice of
appearance pro se, and he is encouraged to also file a consent to receive service by email
if he is willing to receive notice in that manner.  Details regarding these forms and procedures
are available on the Court's website.  DE#669 resolved.
SO ORDERED.
12/9/2020
/s/ Laura Taylor Swain, USDJ

2