RECEIVED
SDNY PRO SE OFFICE

2020 DEC 22  AM 11: 06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Universitas Education, LLC |
|---|
| Plaintiff(s), |
| -against- |
| Nova Group, Inc. |
| Defendant(s). |

Docket No: __11__ CV __1590__ ( LTS )( HBP )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

[✓] that all future correspondence be mailed to me at the address below, or

[✓] that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Carpenter, Daniel E.

[ ] Plaintiff
[✓] Defendant

Name (Last, First, MI)

18 Pond Side Lane     West Simsbury     CT     06092

Address     City     State     Zip Code

860-651-0468     dcarpentermail@gmail.com

Telephone Number     e-mail address

12/10/20     *signature: Daniel E Carpenter*

Date     Signature

ORIGIN ID:EHTA (860) 408-7000
JOSEPH CASTAGNO
35 TOWER LANE
AVON, CT 06001
UNITED STATES US

SHIP DATE: 10DEC20
ACTWGT: 1.00 LB
CAD: 5508595/INET4280

BILL SENDER

TO HON. JUDGE LAURA T. SWAIN
DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK CITY NY 10007
(212) 805-0424      REF:
INV:
PO:                 DEPT:



FRI - 11 DEC 4:30P
STANDARD OVERNIGHT

TRK# 7723 3276 4940
0201

E3 PCTA

10007
NY-US EWR



2020 DEC 22  AM 11: 05

SDNY PRO SE OFFICE
RECEIVED