AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, <br> *Plaintiff* <br> v. <br> NOVA GROUP, INC., et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 1:11-cv-1590-LTS-HBP <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Respondent Grist Mill Capital, LLC.

Date: 12/23/2020

/s Roger Stavis
*Attorney's signature*

Roger Stavis
*Printed name and bar number*

Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016

*Address*

stavis@mintzandgold.com
*E-mail address*

(212) 696-4848
*Telephone number*

(212) 696-1231
*FAX number*