UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNIVERSITAS EDUCATION, LLC,

                Plaintiff,

v.

NOVA GROUP, INC. et al.,

                Defendants.

Case Nos. 11-1590-LTS and 11-8726-LTS

## NOTICE OF MOTION FOR THE IMPOSITION OF RULE 11 SANCTIONS AGAINST DANIEL CARPENTER

**PLEASE TAKE NOTICE** that, upon the supporting Memorandum of Law, Plaintiff Universitas Education, LLC ("Universitas") hereby moves this Court, pursuant to Rule 11 of the Federal Rules of Civil Procedure, for sanctions against Daniel Carpenter for the filing of a Motion to Vacate the judgment. Universitas requests the following sanctions:

1. Expand the scope of the current Court order requiring that Nova Group., Inc. ("Nova") obtain permission from the Court before filing any motion to encompass the following parties:

   - Daniel Carpenter
   - Grist Mill Capital, LLC
   - Grist Mill Holdings, LLC
   - Carpenter Financial Group
   - Avon Capital, LLC
   - Phoenix Capital Management, LLC
   - Grist Mill Trust Welfare Benefit Plan
   - Hanover Trust Company
   - Moonstone Partners, LLC

2. Expand the scope of the current judgment against Nova for Universitas' attorneys' fees and costs to encompass the following entities:

   - Daniel Carpenter

- Grist Mill Capital, LLC
- Grist Mill Holdings, LLC
- Carpenter Financial Group
- Avon Capital, LLC
- Phoenix Capital Management, LLC
- Grist Mill Trust Welfare Benefit Plan
- Hanover Trust Company
- Moonstone Partners, LLC

3. Stay any additional litigation in this matter, including an appeal for any denial of any Motion to Vacate, until the monetary sanction imposed upon Nova is paid.

Universitas, through its undersigned counsel, certifies that pursuant to the Court's Individual Practice Rules it has used its best efforts to informally resolve the matters raised in this motion.

Dated: January 4, 2021

LAW OFFICES OF JOSEPH L. MANSON III

*/s/* Benjamin Chernow                /
Benjamin Chernow
NYS Bar No. 5597786
Law Offices of Joseph L. Manson III
600 Cameron Street
Alexandria, VA 22314
(301) 633-2163
bchernow@jmansonlaw.com

*Attorney for Universitas Education, LLC*

2