UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>NOVA GROUP, INC., et al.,<br><br>     Defendants. | Case Nos. 11-1590-LTS and<br>11-8726-LTS<br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that in compliance with Rule 7.2 of the Local Civil rules of the United States District Court for the Southern and Eastern Districts of New York, I caused true and correct copies of the unpublished authorities cited in Universitas Education, LLC's response to Daniel Carpenter's letter motion to be provided to Daniel Carpenter by mailing such authorities to the address listed below on January 11, 2021:

Daniel Carpenter
18 Pond Side Lane
West Simsbury, CT 06092

The mailing was sent from the post office via priority mail in a postage paid properly addressed wrapper, and left under the exclusive care and custody of the United States Postal Service.

Dated: Alexandria, Virginia
    January 12, 2021

                      /s/ Benjamin Chernow
                       Benjamin Chernow