UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NOVA GROUP, INC., et al., <br><br> Defendants. | Case Nos. 11-1590-LTS and 11-8726-LTS <br><br> **AFFIDAVIT OF JOSEPH L. MANSON III IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE** |

Joseph L. Manson III, hereby deposes and says as follows:

1. I am an attorney at the Law Offices of Joseph L. Manson III. I am familiar with the proceedings in this case.

2. I am a member in good standing of the bars of the District of Columbia and Virginia.

3. I have never been convicted of a felony.

4. I have never been censured, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

Dated: January 14, 2021
Alexandria, VA

_____
Joseph L. Manson III
600 Cameron St.
Alexandria, VA 22314
jmanson@jmansonlaw.com

Sworn to me on this 14th day of Jan, 2021.

_____
Notary Public



Katherine Michell De Leon
Commonwealth of Virginia
Notary Public
Commission No. 7852984
My Commission Expires 7/31/2023