[Page 1]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------X

UNIVERSITAS EDUCATION, LLC,

                            Case No. 11-1590-LTS-HBP

          Plaintiffs.


v.


NOVA GROUP, INC., as trustee,

sponsor and fiduciary of

THE CHARTER OAK TRUST WELFARE

BENEFIT PLAN,


          Defendants.

-------------------------------X

Volume I                              October 19, 2012

                              New York, New York


    Videotaped deposition of DANIEL CARPENTER, taken at the Southern District of New York Courthouse, 500 Pearl Street, New York, New York 10007, on Friday, October 19, 2012, at 10:11 a.m., before Anthony Armstrong, a Certified Court Reporter, Certified Realtime Reporter, Realtime Administrator, and Notary Public of the State of New York.

[Page 269]

```
 1        the first five checks that appear on Exhibit 15
 2        are checks drawn on a Grist Mill Capital, LLC
 3        account?
 4               MR. SIANO:   In other words, is that
 5            what the checks appear to be?  Are you
 6            asking him to warrant these checks?
 7               MS. COLBATH:   I didn't ask him to
 8            warrant anything in my question, Mr. Siano.
 9            I asked him if the first five checks were
10            checks drawn on an account standing in the
11            name of Grist Mill Capital, LLC.
12        A.    They appear to be five -- copies of
13     five checks drawn on Grist Mill Capital, LLC.
14  BY MS. COLBATH:
15        Q.    Okay.  And will you agree with me
16     that all five of the checks were payable to
17     Halloran & Sage?
18        A.    They all appear to be payable to
19     Halloran & Sage.
20        Q.    And will you agree with me that your
21     name appears above the line where it says
22     "authorized signature"?
23        A.    Yes, ma'am.
24        Q.    Okay.  And did you authorize your
25     signature to be placed on each of the five
```

[Page 270]

1     checks?

2                    MR. SIANO:   I advise Mr. Carpenter

3              not to answer that question based upon his

4              rights against self-incrimination.

5          A.    Based on the advice of counsel, I

6     decline to answer that question.

7  BY MS. COLBATH:

8          Q.    Can you explain to me, Mr. Carpenter,

9     why Grist Mill Capital, LLC was paying the legal

10    fees for Nova Group, Inc. in the Charter Oak

11    Trust?

12                   MR. SIANO:   Same advice.  Same

13             advice.

14         A.    Based on the advice of counsel --

15    based on the advice of counsel, I decline to

16    answer a question.

17 BY MS. COLBATH:

18         Q.    Did you authorize Grist Mill Capital,

19    LLC to pay Charter Oak and Nova Group, Inc.'s

20    legal fees?

21                   MR. SIANO:   Same advice.

22         A.    Based on the advice of counsel, I

23    decline to answer the question.

24 BY MS. COLBATH:

25         Q.    Let's go to page -- pages 6 and 7 of