UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>NOVA GROUP, INC., et al.,<br><br>        Defendants. | Case Nos. 11-1590-LTS and<br>11-8726-LTS<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that in compliance with Rule 7.2 of the Local Civil rules of the United States District Court for the Southern and Eastern Districts of New York, I caused true and correct copies of the unpublished authorities cited in Universitas Education, LLC's Memorandum of Law in Opposition to Grist Mill Capital, LLC's Motion to Set Aside Judgment to be provided to Daniel Carpenter by mailing such authorities to the address listed below on January 20, 2021:

> Daniel Carpenter
> 18 Pond Side Lane
> West Simsbury, CT 06092

The mailing was sent via Federal Express in a postage paid properly addressed wrapper, and left under the exclusive care and custody of Federal Express.

Dated: Alexandria, Virginia
   January 20, 2021

                   /s/ Benjamin Chernow
                   Benjamin Chernow