# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>         Petitioner,<br><br>v.<br><br>NOVA GROUP, INC, as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN,<br><br>         Respondent.<br><br>NOVA GROUP, INC, as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN,<br><br>         Petitioner,<br><br>v.<br><br>UNIVERSITAS EDUCATION, LLC,<br><br>         Respondent. | No.: 1:11-cv-1590-LTS-HBP<br><br>Hon. Laura Taylor Swain<br><br>**CERTIFICATE OF SERVICE**<br><br>No.: 1:11-cv-8726-LTS-HBP |

I hereby certify that in compliance with Rule 7.2 of the Local Civil rules of the United States District Court for the Southern and Eastern Districts of New York, I caused true and correct copies of unpublished authorities cited in Respondent Grist Mill Capital, LLC's Reply Memorandum of Law in Support of its Motion Under Rule 60(b) for Relief from Judgments, *G&G Closed Circuit Events, LLC v. Gonzalez*, No. 14CV5334RRMSMG, 2019 WL 4917913 (E.D.N.Y. Sept. 30, 2019); *Reefer Tek LLC v. El Dorado Trailer Leasing*, LLC, No. 17 CIV. 1809 (ER), 2019 WL 5727315 (S.D.N.Y. Nov. 5, 2019); *Sankara v. City of New York*, No. 15-

CV-6928 (VSB), 2020 WL 1957412 (S.D.N.Y. Apr. 23, 2020); and *Zimmerling v. Affinity Fin. Corp.*, No. 09-CV-01071-CMA-KMT, 2011 WL 1595151 (D. Colo. Apr. 27, 2011), *aff'd*, 478 F. App'x 505 (10th Cir. 2012), to be provided to Daniel Carpenter by email and through separate service by first class mail, by sending those unpublished authorities to the post address listed below:

> Daniel Carpenter
> 18 Pond Side Lane
> West Simsbury, CT 06092

by depositing a true copy of the same, enclosed in a postage paid properly addressed wrapper, via first class mail in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, New York
      January 28, 2020

                                            /s/ CeCe M. Cole
                                            CeCe M. Cole