UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNIVERSITAS EDUCATION, LLC,

        Plaintiff,

v.

NOVA GROUP, INC., et al.,

        Defendants.

Case Nos. 11-1590-LTS and
11-8726-LTS

### ORDER TO APPEAR PRO HAC VICE

The corrected motion of Joseph L. Manson III for *pro hac vice* admission to appear and practice in the above-captioned action as counsel on behalf of Plaintiff Universitas Education, LLC is granted.

Joseph L. Manson III has declared he is a member in good standing of the bars of the District of Columbia and the Supreme Court of Virginia, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Joseph L. Manson III, Esq. |
| Firm Name: | Law Offices of Joseph L. Manson III |
| Address: | 600 Cameron Street |
| City/State/Zip: | Alexandria, VA 22314 |
| Phone Number: | 703.340.1649 |
| Email Address: | jmanson@jmansonlaw.com |

**IT IS HEREBY ORDERED** that Joseph L. Manson III is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys admitted to practice before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. DE# 693 resolved.

Dated: February 3, 2021

/s/ Laura Taylor Swain, USDJ