UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNIVERSITAS EDUCATION LLC,

                    Plaintiff,

      -against-

NOVA GROUP, INC., et al.,

                    Defendants.
------------------------------------------------------x

No. 11 CV 1590-LTS

------------------------------------------------------x

NOVA GROUP, INC.,

                    Plaintiff,

      -against-

UNIVERSITAS EDUCATION LLC, et al.,

                    Defendants.
------------------------------------------------------x

No. 11 CV 8726-LTS

## ORDER

      In light of Grist Mill Capital's letter withdrawing its motions filed pursuant to

Fed. R. Civ. P. 60(b) (11-CV-1590 Docket Entry No. 695; 11-CV-8726 Docket Entry No. 418),

the Clerk of Court is respectfully directed to resolve docket entry number 678 in 11-CV-1590

and docket entry number 407 in 11-CV-8726, and file a copy of this order in both cases.

      SO ORDERED.

Dated: New York, New York
       February 23, 2021

                                 /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                                 United States District Judge