| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case Nos. 11-1590-LTS and<br>11-8726-LTS |

UNIVERSITAS EDUCATION, LLC,

            Plaintiff,

v.

NOVA GROUP, INC. et al.,

           Defendants.

## AFFIDAVIT OF SERVICE

I, Juan de los Santos, declare under penalty of perjury that I am now and at all times herein mentioned a citizen of the United States and resident of the State of New York, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness herein. I further declare upon direct personal knowledge that the following is true and correct:

On March 01, 2021, I received the following document in the above-captioned civil action for service on **ROGER STAVIS**:(i) NOTICE OF MOTION FOR THE IMPOSITION OF RULE 11 SANCTIONS AGAINST ROGER STAVIS AND MINTZ & GOLD LLP.

On March 01, 2021 at 03:55 p.m., I served this document on **ROGER STAVIS** at his place of business within the State which is 600 Third Avenue, 25th Floor, New York, New York 10016 by delivering said document to HALLE PRESTON, Paralegal of the Legal Department of MINTZ & GOLD LLP, who indicated that she was an officer employed by MINTZ & GOLD LLP., and that she was expressly authorized to accept process on behalf of **ROGER STAVIS**.

Within one business days, on March 02, 2021, I also mailed true copies of the NOTICE OF MOTION FOR THE IMPOSITION OF RULE 11 SANCTIONS AGAINST ROGER STAVIS AND MINTZ & GOLD LLP. to **ROGER STAVIS**, at the above address, in First Class post-paid  properly addressed envelopes, by regular mail and by certified mail (United States Postal Service receipt No. 7019 1120 0001 4924 9947, which is attached to this affidavit), not indicating that said mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office of the State of New York.

I declare under penalty of perjury under the laws of the United States and the State of New York that

the foregoing is true and correct and that this affidavit of service was executed on this 02nd day of March, 2021 in the County of Kings, City of New York, State of New York.

*(signature)*
Juan de los Santos
New York Process Server License No. 2067123
54 Bristol Street, #7F
Brooklyn, NY 11212

Sworn to before me on this
02nd day of March, 2021

*(signature)*
Melissa Cruz,
Notary Public, State of New York

MELISSA CRUZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CR6115265
Qualified in Kings County
My Commission Expires 09-07-2024

**Juan de los Santos**
New York Process Server # 2067123
54 Bristol Street, Ste. 7F
Brooklyn, NY 11212

