UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>NOVA GROUP, INC., et al.,<br><br>                  Defendants. | Case Nos. 11-1590-LTS and<br>11-8726-LTS<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that in compliance with Rule 7.2 of the Local Civil rules of the United States District Court for the Southern and Eastern Districts of New York, I caused true and correct copies of the unpublished authorities cited in Universitas Education, LLC's Memorandum of Law in Support of its Motion for Sanctions against Roger Stavis and Mintz & Gold, LLP to be provided to Daniel Carpenter by mailing such authorities to the address listed below on March 23, 2021:

                        Daniel Carpenter
                        18 Pond Side Lane
                        West Simsbury, CT 06092

The mailing was sent via Federal Express in a postage paid properly addressed wrapper, and left under the exclusive care and custody of Federal Express.

Dated: Alexandria, Virginia
        March 23, 2021

                                                            /s/ Benjamin Chernow
                                                            Benjamin Chernow