**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, | No.: 1:11-cv-1590-LTS-HBP |
| Petitioner, | |
| v. | Hon. Laura Taylor Swain |
| NOVA GROUP, INC, as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN, et al. | **NOTICE OF MOTION** |
| Respondents. | No.: 1:11-cv-8726-LTS-HBP |
| NOVA GROUP, INC, as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN, et al. | |
| Petitioner, | |
| v. | |
| UNIVERSITAS EDUCATION, LLC, et al. | |
| Respondents. | |

**PLEASE TAKE NOTICE** that, relying on the accompanying Memorandum of Law, dated April 20, 2021, and the accompanying Declaration of Roger L. Stavis, Esq., dated April 20, 2021, and all the pleadings and prior proceedings had in this matter, Mintz and Gold LLP ("M&G") as counsel for Grist Mill Capital, LLC ("GMC"), will move this Court, before the Honorable Laura Taylor Swain, at the United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 for an order granting M&G's request for leave to withdraw as counsel to GMC.

M&G respectfully requests that this Court grant this Motion, as well as such other and further relief as the Court deems just and proper.

Dated:      New York, New York
            April 20, 2021

                                    Respectfully submitted,

                                    **MINTZ & GOLD LLP**

                                    _CeCe Cole_
                                    Roger L. Stavis
                                    Kevin M. Brown
                                    CeCe M. Cole
                                    600 Third Avenue, 25th Floor
                                    New York, New York 10016
                                    (212) 696-4848 (t)
                                    (212) 696-1231 (f)
                                    stavis@mintzandgold.com
                                    brown@mintzandgold.com
                                    cole@mintzandgold.com

To:    All Counsel of Record (via ECF)

       Daniel Carpenter
       Principal of Grist Mill Capital, LLC
       (via ECF and first-class mail)