UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>                    Petitioner,<br><br>v.<br><br>NOVA GROUP, INC, as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN, et al.<br><br>                    Respondents. | No.: 1:11-cv-1590-LTS-HBP<br><br>Hon. Laura Taylor Swain<br><br>**DECLARATION OF ROGER L. STAVIS IN SUPPORT OF MINTZ & GOLD LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL TO GRIST MILL CAPITAL, LLC** |
| NOVA GROUP, INC, as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN, et al.<br><br>                    Petitioner,<br><br>v.<br><br>UNIVERSITAS EDUCATION, LLC, et al.<br><br>                    Respondents. | No.: 1:11-cv-8726-LTS-HBP |

Roger L. Stavis, an attorney admitted to practice before this Court, declares the following to be true subject to the penalties of perjury:

1.     I am a partner at the law firm of Mintz & Gold LLP ("M&G") and current counsel to Grist Mill Capital, LLC ("GMC"). This declaration is in support of the instant application to be relieved as counsel for GMC.

2.     Withdrawal is warranted and necessary because of a fundamental disagreement between M&G and GMC. The attorney-client relationship has become irretrievably broken.

3. On April 8, 20210, GMC, through its principal, sent an email to me and my co-counsel, Kevin M. Brown, further highlighting our disagreement regarding strategy. Based on the contents of the email, it became clear that GMC and M&G cannot engage in meaningful dialogue and are completely incapable of working together constructively with regard to this matter. In the time since April 8, 2020, the attorney-client relationship has only worsened.

4. Pursuant to Rule A.2.b.e of the Individual Practices of Judge Laura T. Swain, proof of service of M&G's memorandum of law is annexed hereto as <u>Exhibit A</u>.

The foregoing is true to the best of my knowledge and belief.

Dated:   New York, New York
         April 20, 2021

*/s/ Roger L. Stavis*

Roger L. Stavis