# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>      Petitioner,<br><br>  v.<br><br>NOVA GROUP, INC, as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN, et al.<br><br>      Respondents. | No.: 1:11-cv-1590-LTS-HBP<br><br>Hon. Laura Taylor Swain<br><br>**CERTIFICATE OF SERVICE** |
| NOVA GROUP, INC, as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN, et al.<br><br>      Petitioner,<br><br>  v.<br><br>UNIVERSITAS EDUCATION, LLC, et al.<br><br>      Respondents. | No.: 1:11-cv-8726-LTS-HBP |

  I hereby certify that in compliance with Rule A.2.e of the Individual Practices of Judge Laura T. Swain, I caused true and correct copies of Mintz & Gold LLP's Notice of Motion, Memorandum of Law in Support of Mintz & Gold LLP's Motion for Leave to Withdraw, and the April 20, 2021 Stavis Declaration, to be provided to Daniel Carpenter through first class mail, by sending those papers to the post address listed below:

      Daniel Carpenter
      18 Pond Side Lane
      West Simsbury, CT 06092

      by depositing a true copy of the same, enclosed in a postage paid properly addressed wrapper, via first class mail in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, New York
      April 20, 2021

                                                               */s/ CeCe Cole*
                                                               CeCe M. Cole