UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, <br><br> Petitioner, <br><br> v. <br><br> NOVA GROUP, INC, as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN, et al. <br><br> Respondents. | No.: 1:11-cv-1590-LTS-HBP <br><br> Hon. Laura Taylor Swain <br><br> **CERTIFICATE OF SERVICE** |
| NOVA GROUP, INC, as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN, et al. <br><br> Petitioner, <br><br> v. <br><br> UNIVERSITAS EDUCATION, LLC, et al. <br><br> Respondents. | No.: 1:11-cv-8726-LTS-HBP |

I hereby certify that in compliance with Rule 7.2 of the Local Civil rules of the United States District Court for the Southern and Eastern Districts of New York, I caused true and correct copies of unpublished authorities cited in the Memorandum of Law in Support of Mintz & Gold LLP's Motion for Leave to Withdraw as Counsel, *Callaway Golf Co. v. Corp. Trade Inc.*, No. 10 CIV. 1676 GBD JCF, 2011 WL 2899192, at *2 (S.D.N.Y. Jul. 6, 2011); *Diarama Trading Co., Inc. v. J. Walter Thompson U.S.A., Inc.*, No. 01-CV-2950, 2005 WL 1963945, at *2 (S.D.N.Y. Aug. 15, 2005); *Fischer v. Biman Bangl. Airlines*, No. 96-CV-3120, 1997

WL 411446, at *1 (S.D.N.Y. July 18, 1997); *Liang v. Lucky Plaza Rest.*, No. 12-CV-5077, 2013 WL 3757036, at *2 (S.D.N.Y. July 17, 2013); *Marciano v. DCH Auto Grp.*, No. 11-CV-9635 (KMK), 2016 WL 11703590, at *1 (S.D.N.Y. Feb. 2, 2016); *Naguib v. Pub. Health Sols.*, No. 12-CV-2561, 2014 WL 2002824, at *1 (E.D.N.Y. May 15, 2014); *Munoz v. City of N.Y.*, No. 04-CV-1105, 2008 WL 2843804, at *1 (S.D.N.Y. July 15, 2008); and *Promotica of Am., Inc. v. Johnson Grossfield, Inc.*, No. 98 CIV. 7414, 2000 WL 424184, at *2 (S.D.N.Y. Apr. 18, 2000), to be provided to Daniel Carpenter through first class mail, by sending those unpublished authorities to the post address listed below:

> Daniel Carpenter
> 18 Pond Side Lane
> West Simsbury, CT 06092

by depositing a true copy of the same, enclosed in a postage paid properly addressed wrapper, via first class mail in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, New York
April 20, 2021

_____
CeCe M. Cole