**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, <br><br> Petitioner, <br><br> v. <br><br> NOVA GROUP, INC, as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN, et al. <br><br> Respondents. | No.: 1:11-cv-1590-LTS-HBP <br><br> Hon. Laura Taylor Swain <br><br> **CERTIFICATE OF SERVICE** |
| NOVA GROUP, INC, as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN, et al. <br><br> Petitioner, <br><br> v. <br><br> UNIVERSITAS EDUCATION, LLC, et al. <br><br> Respondents. | No.: 1:11-cv-8726-LTS-HBP |

I hereby certify that in compliance with Rule 7.2 of the Local Civil rules of the United States District Court for the Southern and Eastern Districts of New York, I caused true and correct copies of unpublished authorities cited in the Memorandum of Law of Roger Stavis and Mintz & Gold LLP in Opposition to Petitioner's Motion of Sanctions, *Adams v. New York State Educ. Dep't*, No. 08 CIV.5996 VM AJP, 2010 WL 4970011, at *7 (S.D.N.Y. Dec. 8, 2010), *report and recommendation adopted as modified sub nom. Adams v. New York State Dep't of Educ.*, 855 F. Supp. 2d 205 (S.D.N.Y. 2012), *aff'd sub nom. Hochstadt v. New York State Educ. Dep't*, 547 F. App'x 9 (2d Cir. 2013); *Friedman v. Self Help Cmty. Servs., Inc.*, No. 11-cv-3210NGGJO, 2016 WL 10570276, at *2 (E.D.N.Y. Aug. 31, 2016); *Gagne

*v. Vaccaro*, No. CV950372611, 1997 WL 187189 (Conn. Super. Ct. Apr. 8, 1997); *Gurvey v. Cowan, Liebowitz & Latman, P.C.*, No. 06 CIV. 1202 LGS HBP, 2015 WL 5459655, at *11 (S.D.N.Y. July 24, 2015), *report and recommendation adopted in part, rejected in part sub nom.* Gurvey v. Cowan, Leibowitz & Latman, P.C., No. 06-cv-1202(LGS)(HBP), 2015 WL 5472893 (S.D.N.Y. Sept. 17, 2015); *Roy, Gene & Ron Kahn v. Taco Bell Corp.*, No. 92 CIV. 6304 (JSM), 1994 WL 389064 (S.D.N.Y. July 25, 1994); *Schottenstein v. Schottenstein*, No. 04-cv-5851, 2005 WL 912017, at *2 (S.D.N.Y. Apr.18, 2005); *Smith v. United Steelworkers of Am., Loc. 2693*, No. CIV-86-996E, 1989 WL 158384, at *3 (W.D.N.Y. Dec. 28, 1989); and *Spithogianios v. Haj–Darwish*, 07 Civ. 4609(PAC) (JCF), 2008 WL 82188 at *10 (S.D.N.Y. 2008), to be provided to Daniel Carpenter through first class mail, by sending those unpublished authorities to the post address listed below:

Daniel Carpenter
18 Pond Side Lane
West Simsbury, CT 06092

by depositing a true copy of the same, enclosed in a postage paid properly addressed wrapper, via first class mail in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, New York
      April 20, 2021

*[signature: CeCe Cole]*

CeCe M. Cole