## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| **UNIVERSITAS EDUCATION, LLC** | ) | **NO. 1:11 cv 01590-LTS--HBP** |
| **Petitioner** | ) | |
| **VS.** | ) | |
| **NOVA GROUP, INC.** | ) | **October 26, 2021** |
| **Respondent** | ) | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Respondents Daniel E. Carpenter and Grist Mill

Capital, LLC appeal to the United States Court of Appeals for the Second Circuit from the

Memorandum Opinion and Order entered on September 28, 2021 in this action at Docket Entry

#722.

Respectfully Submitted,

DANIEL E. CARPENTER and
GRIST MILL CAPITAL, LLC

*/s/ Jeffrey Einhorn*

JEFFREY EINHORN, ESQ. (JE6559)
LAW OFFICES OF JEFFREY LICHTMAN
11 EAST 44th STREET, SUITE 501
NEW YORK, NEW YORK 10017
Ph: (212) 581-1001
Fax: (212) 581-4999
einhorn@jeffreylichtman.com