AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Universitas Educaiton, LLC
  Plaintiff (s),
V.
Nova Group, Inc. as trustee, sponsor & fiduciary
  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:11-cv-1590-LTS-HBP

Notice is hereby given that, subject to approval by the court, **Grist Mill Capital, LLC and Dan Carpenter** (Party (s) Name) substitutes **Jeffrey R. Sandberg** (Name of New Attorney), State Bar No. **Pro Hac Vice** as counsel of record in place of **Jeffrey Einhorn** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

  Firm Name: Palmer Lehman Sandberg, PLLC
  Address: 8350 N. Central Expressway, Suite 1111, Dalas, TX 75206
  Telephone: (214) 242-6444    Facsimile (214) 265-1950
  E-Mail (Optional): jsandberg@pamlaw.com

I consent to the above substitution.
Date: 11/10/2021
(Signature of Party (s))

I consent to being substituted.
Date: 11/10/21
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/10/2021    Jeff Sandberg
(Signature of New Attorney)

**Plaintiff Universitas Education, LLC is unopposed to entry of this order.   JRS**

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]