UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNIVERSITAS EDUCATION, LLC,

       Petitioner,

-v-                                         No. 11-CV-1590-LTS

NOVA GROUP, INC.,

       Respondent.
-------------------------------------------------------x

NOVA GROUP, INC.,

       Petitioner,

-v-                                         No. 11-CV-8726-LTS

UNIVERSITAS EDUCATION, LLC,

       Respondent.
-------------------------------------------------------x

ORDER

       On November 3, 2021, Universitas Education, LLC filed a motion for bond pending appeal, as against Grist Mill Capital, LLC ("Grist Mill") and Daniel Carpenter, in the above-captioned cases. Pursuant to Local Civil Rule 6.1(b), any opposition to the motion for bond was due to be filed by November 17, 2021. No party either filed any opposition to the motion for bond or sought an extension to do so.

       On November 15, 2021, in case no. 11-CV-1590 (though not in case no. 11-CV-8726), the Court entered an order substituting counsel for Grist Mill and Daniel Carpenter. (Docket entry no. 728.)

       In light of the substitution of counsel effected on November 15, 2021, the Court hereby sua sponte extends the deadline for Grist Mill and Daniel Carpenter to respond to the

pending motion for bond to **November 24, 2021**.  If the Court receives no opposition to the pending motion by that date, the Court will treat the motion for bond as unopposed.

    SO ORDERED.

Dated: New York, New York
       November 18, 2021

                                                /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge