UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## MEMO ENDORSED

UNIVERSITAS EDUCATION, LLC,

                          Plaintiff,

v.

NOVA GROUP, INC., et al.,

                          Defendants.

Case Nos. 11-1590-LTS and
11-8726-LTS

### Motion for Leave to Withdraw Appearance

Pursuant to Local Civil Rule 1.4, the undersigned attorney respectfully moves to withdraw his appearance in these actions on behalf of Universitas Education, LLC ("Universitas"). The undersigned submits that there is good cause for this motion for the following reasons:

1.      The undersigned appeared on behalf of Universitas on March 18, 2020. (Docket entry no. 657.[1])

2.      The undersigned will no longer be employed by the Law Offices of Joseph L. Manson III as of January 1, 2022.

3.      The Law Offices of Joseph L. Manson III will remain counsel for Universitas in this case.

4.      Universitas consents to the withdrawal of appearance.

5.      In accordance with Local Civil Rule 1.4, the undersigned attorney is concurrently serving a copy of this Motion upon Universitas.

WHEREFORE, the undersigned respectfully requests that he be granted leave to withdraw his appearance.

---

[1] Docket entry numbers refer to those in case number 11 Civ. 1590.

1

Dated: December 30, 2021

/s/ Benjamin Chernow
Benjamin Chernow
600 Cameron St.
Alexandria, VA 22314
(301) 633-2163
bchernow@jmansonlaw.com

*Counsel for Universitas Education, LLC*

Application granted.  DE#733 in case no. 11-CV-1590 and DE#445 in case no. 11-CV-8726 resolved.

SO ORDERED.
Dated: January 3, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.